IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| K.C. HOPPS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 4:20-CV-437 |
| | ) | |
| vs. | ) | |
| | ) | |
| THE CINCINNATI INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S WITNESS LIST

**COMES NOW** Defendant The Cincinnati Insurance Company, through its attorneys, and submits the following witness list pursuant to Fed.R.Civ.P.26(a)(3) and the Court's Scheduling and Trial Order:

**I. Those expected to be called by Defendant.**

1. A Corporate Representative of The Cincinnati Insurance Company;
2. Chad Dowdy (See deposition for address and telephone number);
3. Tony Henn (See deposition for address and telephone number);
4. Dave Schlader (See deposition and expert disclosure for address and telephone number);
5. Dr. Keith Armitage (See deposition and expert disclosure for address and telephone number); and
6. Dr. Wayne Thomann.

**II. Witnesses Defendant may call if the need arises**

1. A corporate representative of KC Hopps;

2. Ed Nelson (See deposition for address and telephone number);

3. Kevin O'Brien (See deposition for address and telephone number);

4. Darrin LyGrisse (See deposition for address and telephone number);

5. J.R. Reilly (See deposition for address and telephone number);

6. Witnesses identified in Plaintiff's Rule 26 Disclosures;

7. Witnesses identified in Plaintiff's Interrogatories;

8. Witnesses identified in Plaintiff's Witness List;

9. Witnesses identified in Defendant's Rule 26 Disclosures;

10. Witnesses identified in Defendant's Interrogatories; and

11. Rebuttal witnesses.

WALLACE SAUNDERS

BY: /s/ Michael L. Brown
Michael L. Brown    KS# 21313
10111 West 87th Street
Overland Park, KS 66212
(913) 888-1000 FAX - (913) 888-1065
mbrown@wallacesaunders.com

AND

LITCHFIELD CAVO LLP
Daniel Litchfield    *PHV*
Ericka Hammett    *PHV*
303 West Madison Street
Suite 300
Chicago, IL 60606
(312) 781-6669 FAX (312) 781-6630
litchfield@litchfieldcavo.com
hammett@litchfieldcavo.com

ATTORNEYS FOR DEFENDANT THE CINCINNATI INSURANCE COMPANY

CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to:

John J. Schirger
Matthew W. Lytle
Joseph M. Feierabend
Miller Schirger LLC
4520 Main St., Suite 1570
Kansas City, MO 64111
jschirger@millerschirger.com
mlytle@millerschirger.com
jfeierabend@millerschirger.com

Patrick J. Stueve
Bradley T. Wilders
Curtis Shank
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
stueve@stuevesiegel.com
wilders@stuevesiegel.com
shank@stuevesiegel.com

J. Kent Emison
Patricia L. Campbell
Langdon & Emison LLC
911 Main Street
PO Box 220
Lexington, MO 64067
kent@lelaw.com
tricia@lelaw.com

_/s/    Michael L. Brown_____
For the Firm