# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

K.C. HOPPS, LTD.,

    Plaintiff,

v.

THE CINCINNATI INSURANCE COMPANY, INC.,

    Defendant.

Case No. 4:20-cv-00437-SRB

## PLAINTIFF'S LIST OF WITNESSES WHO MAY BE CALLED AT TRIAL

Plaintiff K.C. Hopps, Ltd., by and through undersigned counsel, hereby submits the following list of witnesses who Plaintiff may call at trial:

1. Plaintiff expects to call the following persons at trial:

    a. Ed Nelson

    b. Dr. Marc Goodman (by designation pursuant to the agreement of the parties)

    c. Dr. Alexander M. Klibanov

    d. Kevin M. Grudzien

2. In addition to the above witnesses Plaintiff expects to call, Plaintiff may also call the following witnesses to testify at trial:

    a. Darrin Lygrisse

    b. Kevin O'Brien

    c. J.R. Reilly

1

d. Any other witness who may be necessary to lay foundation for Plaintiff's trial exhibits

e. Any other witnesses disclosed in discovery by any party

f. Any other witnesses identified by Defendant

g. Any corporate representative of Defendant present at trial

h. Any other witnesses necessary for rebuttal or impeachment

i. Plaintiff reserves the right to call additional witnesses necessitated by disclosures made by Defendant after the date hereof

Dated: September 13, 2021

Respectfully submitted,

**MILLER SCHIRGER LLC**

*s/ Matthew W. Lytle*
John J. Schirger, MO # 60583
Matthew W. Lytle, MO #59145
Joseph M. Feierabend, MO #62563
4520 Main Street, Suite 1570
Kansas City, MO 64111
Telephone: (816) 561-6500
Facsimile: (816) 561-6501
Email: jschirger@millerschirger.com
Email: mlytle@millerschirger.com
Email: jfeierabend@millerschirger.com

**STUEVE SIEGEL HANSON LLP**

Patrick J. Stueve, MO #37682
Bradley T. Wilders, MO #60444
Curtis Shank, MO #66221
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: 816-714-7100
Facsimile: 816-714-7101

Email: stueve@stuevesiegel.com
Email: wilders@stuevesiegel.com
Email: shank@stuevesiegel.com

**LANGDON & EMISON LLC**

J. Kent Emison, MO #29721
911 Main Street
PO Box 220
Lexington, Missouri 64067
Telephone: (660) 259-6175
Facsimile: (660) 259-4571
Email: kent@lelaw.com

**SHAFFER LOMBARDO SHURIN, P.C.**

Richard F. Lombardo, MO# 29748
2001 Wyandotte Street
Kansas City, MO 64108
Telephone: 816-931-0500
Facsimile: 816-931-5775
Email: rlombardo@sls-law.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 13th day of September 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will cause a true and correct copy of the same to be served on all ECF-registered counsel of record.

/s/ Matthew W. Lytle
Attorney for Plaintiff