UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

_____ DIVISION

K.C. HOPPS, LTD.

vs.

THE CINCINNATI INSURANCE COMPANY

Action Number
4:20-CV-437

## EXHIBIT INDEX

| | | |
|---|---|---|
| ✓ = offered & admitted w/o objection | Ltd | = admitted for limited purposes |
| Ex = offered, but objected to and excluded | X | = offered & admitted over objection |
| DB = admitted, de bene | NO | = marked, but not offered |
| | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 101 | | | | Cincinnati insurance policy |
| 102 | | | | Blue Moose, LC 2019 tax returns |
| 103 | | | | Blue Moose, LC 2020 tax returns |
| 104 | | | | KC Hopps, Ltd. 2019 Form 8879 and tax returns |
| 105 | | | | KC Hopps, Ltd. 2020 Form 8879 and tax returns |
| 106 | | | | O'Dowds, LLC 2019 tax returns |
| 107 | | | | O'Dowds, LLC 2020 tax returns |
| 108 | | | | South East KC Restaurant Co., LLC 2019 tax returns |
| 109 | | | | South East KC Restaurant Co, LLC 2020 tax returns |
| 110 | | | | Notice of PPP Forgiveness Payment for Arena Promotions, LLC |
| 111 | | | | Notice of PPP Forgiveness Payment for Barley's Brewhaus LLC |
| 112 | | | | Notice of PPP Forgiveness Payment for Barley's LTD |
| 113 | | | | Notice of PPP Forgiveness Payment for Briarcliff Events LLC |
| 114 | | | | Notice of PPP Forgiveness Payment for Hopps Catering LLC |

Page # _____ I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_____     _____ Name
Signature

:exhibin.int

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 115 | | | | Notice of PPP Forgiveness Payment for Odowd's LLC |
| 116 | | | | Notice of PPP Forgiveness Payment for Pan Fried 2, LLC |
| 117 | | | | Notice of PPP Forgiveness Payment for South East KC Restaurant Co., LLC |
| 118 | | | | Notice of PPP Forgiveness Payment for Falcon Ridge Restaurant LLC |
| 119 | | | | Notice of PPP Forgiveness Payment for Hopps Management Co LLC |
| 120 | | | | PPP Application Forms for Arena Promotions, LLC |
| 121 | | | | PPP Application Forms for Barley's Brewhaus, LLC |
| 122 | | | | PPP Application Forms for Barley's Ltd |
| 123 | | | | PPP Application Forms for Blue Moose LC |
| 124 | | | | PPP Application Forms for Briarcliff Events, LLC |
| 125 | | | | PPP Application Forms for Falcon Ridge Restaurant, LLC |
| 126 | | | | PPP Application Forms for Hopps Catering, LLC |
| 127 | | | | PPP Application Forms for Hopps Management, LLC |
| 128 | | | | PPP Application Forms for O'Dowd's LLC |
| 129 | | | | PPP Application Forms for Pan Fried 2, LLC |
| 130 | | | | PPP Application Forms for South East KC Restaurant Co., LLC |
| 131 | | | | First Amended Complaint and Demand for Jury Trial |
| 132 | | | | United States Executive Order introduced as Exhibit 5 in the deposition of Ed Nelson |
| 133 | | | | Kansas Executive Orders introduced as Exhibit 5 in the deposition of Ed Nelson |
| 134 | | | | Johns County, Kansas Orders introduced as Exhibit 5 in the deposition of Ed Nelson |
| 135 | | | | Missouri Executive Orders introduced as Exhibit 5 in the deposition of Ed Nelson |
| 136 | | | | Jackson County, Missouri Executive Orders introduced as Exhibit 5 in the deposition of Ed Nelson |
| 137 | | | | Kansas City, Missouri Orders introduced as Exhibit 5 in the deposition of Ed Nelson |
| 138 | | | | Plaintiff's Answers and Objections to Defendant's Interrogatories |
| 139 | | | | Restaurant signage |
| 140 | | | | Acord Property Loss Notice dated March 24, 2020 |
| 141 | | | | Letter from Ryan Clark to KC Hopps dated April 1, 202 |
| 142 | | | | Letter from Neil Jone to KC Hopps dated March 25, 2020 |
| 143 | | | | Emails from Karen Lore to Douglas Tuke dated January 24, 2020 |
| 144 | | | | Emails from JR Reilly to Douglas Tuke dated December 3, 2019 |
| 145 | | | | Emails from Bobbie Genail to Darrin Lygrisse dated April 20, 2020 |

:exhibin.int

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

_____ DIVISION

K.C. HOPPS, LTD.

vs.

THE CINCINNATI INSURANCE COMPANY

Action Number
**4:20-CV-437**

## EXHIBIT INDEX

| | | |
|---|---|---|
| ✓ = offered & admitted w/o objection | Ltd = admitted for limited purposes | |
| Ex = offered, but objected to and excluded | X = offered & admitted over objection | |
| DB = admitted, de bene | NO = marked, but not offered | |
| | WD = offered then withdrawn | |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 146 | | | | Letter from Cincinnati to KC Hopps dated August 7, 2020 |
| 147 | | | | Petition in State of Missouri, ex rel O'Dowd's, LLC d/b/a O'Dowd's Gastrobar v. Quinton Lucas in his official capacity as Mayor of Kansas City |
| 148 | | | | Pyxis Group memo dated March 16, 2021 |
| 149 | | | | Pyxis Group memo dated March 18, 2021 |
| 150 | | | | Emails from JR Reilly to Karen Lore dated December 8, 2020 |
| 151 | | | | KC Hopps insurance packet prepared by The Reilly Company |
| 152 | | | | Email from JR Reilly to Ed Nelson dated March 11, 2020 |
| 153 | | | | Emails between JR Reilly and Kent Ravencraft dated May 5, 2020 |
| 154 | | | | Email from JR Reilly to Karen Lore dated October 31, 2020 |
| 155 | | | | Emails from JR Reilly to Karen Lore dated November 29, 2020 |
| 156 | | | | JR Reilly spreadsheet |
| 157 | | | | KC Hopps, LTD Business Income Worksheet Actual Loss Sustained Coverage |
| 158 | | | | Email from JR Reilly to Tammy Wagner dated June 20, 2020 |
| 159 | | | | Letter from Cincinnati to KC Hopps, Ltd. dated June 29, 2020 |

Page # _____ I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_____    _____ Name
Signature

:exhibin.int

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 160 | | | | Emails from JR Reilly to Ryan Clark dated June 30, 2020 |
| 161 | | | | Emails from JR Reilly to Ryan Clark dated August 25, 2020 |
| 162 | | | | Emails from JR Reilly to Tammy Wagner dated March 24, 2020 |
| 163 | | | | Emails from JR Reilly to Karen Lore dated March 31, 2020 |
| 164 | | | | Febuary 11, 2021 invoice of Kevin Grudzien/Pyxis Group |
| 165 | | | | March 10, 2021 invoice of Kevin Grudzien/Pyxis Group |
| 166 | | | | April 9, 2021 invoice of Kevin Grudzien/Pyxis Group |
| 167 | | | | December 3, 2020 letter from Kevin Grudzien to Patrick Stueve |
| 168 | | | | Kevin Grudizen notes |
| 169 | | | | Pyxis Group memo re: Non-Continuing Expenses |
| 170 | | | | Pyxis Group memo re: 1/8/2021 call/meeting |
| 171 | | | | Pyxis Group memo re: 3/16/2021 call/meeting |
| 172 | | | | Pyxis Group memo re: 3/18/2021 call/meeting |
| 173 | | | | Kevin Grudzien LinkedIn post dated May 20, 2021 |
| 174 | | | | Arena Promotions balance sheet dated May 25, 2021 |
| 175 | | | | CARES Act Small Business Grant Program overhead spreadsheets |
| 176 | | | | Barleys - Midland Balance Sheet |
| 177 | | | | Blue Moose - Falcon Ridge Balance Sheet |
| 178 | | | | Blue Moose - Prairie Village Balance Sheet |
| 179 | | | | Blue Moose Red Bridge Balance Sheet |
| 180 | | | | Braircliff Events Balance Sheet |
| 181 | | | | Hopps Catering Balance Sheet |
| 182 | | | | Hopps Management Balance Sheet |
| 183 | | | | O'Dowd's Plaza Balance Sheet |
| 184 | | | | Strouds - 135th Balance Sheet |
| 185 | | | | Expert bill of Alexander Klibinov |
| 186 | | | | Transcript of deposition of Alexander Klibinov |
| 187 | | | | Transcript of deposition of Chad Dowdy |
| 188 | | | | Transcript of deposition of Darrin Lygrisse |
| 189 | | | | Transcript of deposition of Ed Nelson |
| 190 | | | | Transcript of deposition of J.R. Reilly |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

_____ DIVISION

K.C. HOPPS, LTD.

vs.

THE CINCINNATI INSURANCE COMPANY

Action Number
4:20-CV-437

## EXHIBIT INDEX

| | |
|---|---|
| ✓ = offered & admitted w/o objection | Ltd = admitted for limited purposes |
| Ex = offered, but objected to and excluded | X = offered & admitted over objection |
| DB = admitted, de bene | NO = marked, but not offered |
| | WD = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 191 | | | | Transcript of deposition of Kevin Grudzien |
| 192 | | | | Transcript of deposition of Kevin O'Brien |
| 193 | | | | Transcript of deposition of Laura De Kam |
| 194 | | | | Transcript of deposition of Marc Goodman with exhibits |
| 195 | | | | Expert report of David Schlader |
| 196 | | | | Expert report of Keith Armitage, M.D. |
| 197 | | | | Claim notes labeled CIC000001-18 |
| 198 | | | | Correspondence from Cincinnati to KC Hopps dated May 15, 2020 labeled CIC000061-68 |
| 199 | | | | Correspondence from Cincinnati to KC Hopps dated April 10, 2020 labeled CIC000069 |
| 200 | | | | Correspondence from Cincinnati to KC Hopps dated April 1, 2020 labeled CIC000093-101 |
| 201 | | | | Emails between Cincinnati and KC Hopps labeled REI 896-898 |
| 202 | | | | Any exhibits introduced by Plaintiff |
| | | | | Cincinnati reserves the right to offer other evidence for rebuttal or impeach purposes pursuant to Local Rule |

Page # _____ I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_____  _____ Name
Signature

:exhibin.int