**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

K.C. HOPPS, LTD.,

Plaintiff,

v.

THE CINCINNATI INSURANCE COMPANY, INC.,

Defendant.

Case No. 4:20-cv-00437-SRB

## EXHIBIT INDEX

| ✓ = offered & admitted w/o objection<br>Ex = offered, but objected to and excluded<br>DB = admitted, de bene | Ltd = admitted for limited purposes<br>X = offered & admitted over objection<br>NO = marked, but not offered<br>WD = offered then withdrawn |
|---|---|

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | | | | Goodman CV – 79 pages |
| 2 | | | | 1/26/20 CDC Media Statement – 2 pages |
| 3 | | | | 1/31/20 Public Health Emergency determination |
| 4 | | | | 3/13/20 President Proclamation – 2 pages |
| 5 | | | | Excerpt from Goodman report |
| 6 | | | | Excerpt from Goodman report |
| 7 | | | | Excerpt from Goodman report |
| 8 | | | | Excerpt from Goodman report |
| 9 | | | | Excerpt from Goodman report |
| 10 | | | | 3/24/20 Property Loss Notice (Dowdy Dep Ex 10) - 11 pages |
| 11 | | | | 10/5/20 Defendant The Cincinnati Insurance Company's Responses and Objections to Plaintiff's First Request for Production of Documents (Dowdy Dep Ex 11) - 7 pages |
| 12 | | | | 4/29/21 Defendant The Cincinnati Insurance Company's Answer and Defenses to Plaintiff's First Amended Complaint (Dowdy Dep Ex 12) - 21 pages |

**Continuation**

Case No. 4:20-cv-00437-SRB

**EXHIBIT INDEX**

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 13 | | | | 3/29/21 Expert Report of Marc Goodman, PhD, MPH (Goodman Dep Ex A) - 104 pages |
| 14 | | | | Virology Journal article "The efect of temperature on persistence of SARS-CovV-2 on common surfaces" (Goodman Dep Ex C, Thomann Dep Ex 6) - 7 pages |
| 15 | | | | 4/11/21 Marc Goodman/Epidemiology Consultant Services invoice to Miller Schirger for consulting services (Goodman Dep Ex D) - 4 pages |
| 16 | | | | 3/29/21 Expert Report of Kevin Grudzien with attached exhibits (Grudzien Dep Ex 1) - 727 pages |
| 17 | | | | 2/11/21 PYXIS Group invoice to Stueve Siegel Hanson for professional services rendered (Grudzien Dep Ex 2) - 4 pages |
| 18 | | | | 3/10/21 PYXIS Group invoice to Stueve Siegel Hanson for professional services rendered (Grudzien Dep Ex 3) - 4 pages |
| 19 | | | | 4/9/21 PYXIS Group invoice to Stueve Siegel Hanson for professional services rendered Grudzien Dep Ex 4) - 15 pages |
| 20 | | | | 12/3/20 PYXIS Group engagement letter to Stueve Siegel Hanson (Grudzien Dep Ex 5) - 6 pages |
| 21 | | | | Notes re business interruption (Grudzien Dep Ex 6) |
| 22 | | | | Notes re Stroud's and O'Dowd's (Grudzien Dep Ex 7) - 2 pages |
| 23 | | | | PYXIS Group notes re Non-Continuing Expenses (Grudzien Dep Ex 8) - 3 pages |
| 24 | | | | 1/8/21 PYXIS Group memo re introduction to insured call/meeting (Grudzien Dep Ex 9, O'Brien Dep Ex 1) - 2 pages |
| 25 | | | | 3/16/21 PYXIS Group memo re file status with insured call/meeting (Grudzien Dep Ex 10, Nelson Dep Ex 22) - 3 pages |
| 26 | | | | Business interruption notes (Grudzien Dep Ex 11) |
| 27 | | | | Expense notes (Grudzien Dep Ex 12) - 2 pages |
| 28 | | | | 3/18/21 PYXIS Group memo re draft calculation call/meeting (Grudzien Dep Ex 13, Nelson Dep Ex 23) |
| 29 | | | | Internal notes re adjustments to calculations (Grudzien Dep Ex 14) - 2 pages |
| 30 | | | | Cincinnati Insurance Company Commercial Property Coverage Part Declarations re business interruption (Grudzien Dep Ex 15) - 17 pages |
| 31 | | | | 5/24/21 Notice to Take Deposition Duces Tecum of Kevin Grudzien (Grudzien Dep Ex 16) - 4 pages |
| 32 | | | | How does COVID-19 impact my existing Business Interruption claim? by Kevin Grudzien (Grudzien Dep Ex 17) - 5 pages |
| 33 | | | | 4/30/21 Expert report of David Schlader (Grudzien Dep Ex 18, Schlader Dep Ex 2) - 15 pages |
| 34 | | | | Defendant The Cincinnati Insurance Company's Supplemental Response to Plaintiff's First Interrogatories Number 6 (Henn Dep Ex 1) - 5 pages |
| 35 | | | | 9/22/06 T. Schmittou email to M. Broerman re ISO Exclusion of Loss Due to Virus or Bacteria (Henn Dep Ex 2) - 3 pages |
| 36 | | | | The Cincinnati Insurance Company Commercial Property Coverage Part Declarations re business interruption (Henn Dep Ex 3) - 101 pages |
| 37 | | | | 2002 Farm Property - Farm Dwellings, Appurtenant Structures and Household Personal Property Coverage Form (Henn Dep Ex 4) - 9 pages |
| 38 | | | | 2008 Cause of Loss Form - Farm Property (Henn Dep Ex 5) - 10 pages |

**Continuation**

Case No. 4:20-cv-00437-SRB

**EXHIBIT INDEX**

| | | | | |
|---|---|---|---|---|
| 39 | | | | 2007 Endorsement re Exclusion of Loss Due to Virus or Bacteria (Henn Dep Ex 6) |
| 40 | | | | 2006 Endorsement - Massachusetts Exclusion of Loss Due to Virus or Bacteria (Henn Dep Ex 7) |
| 41 | | | | 2008 Endorsement - Alaska Exclusion of Loss Due to Virus or Bacteria (Henn Dep Ex 8) |
| 42 | | | | 2006 Endorsement - Exclusion of Loss Due to Virus or Bacteria (Henn Dep Ex 9) |
| 43 | | | | 4/18/06 L. Newman email to J. Pineda re Biological Contamination (Henn Dep Ex 10) - 29 pages |
| 44 | | | | Defendant The Cincinnati Insurance Company's Privilege Log Concerning Supplementation of Interrogatory 6 (Henn Dep Ex 11) |
| 45 | | | | 3/29/21 Opening Expert Report of Dr. Alexander M. Klibanov (Klibanov Dep Ex A) - 73 pages |
| 46 | | | | 5/25/21 Notice to Take Deposition Duces Tecum for Alexander Klibanov (Klibanov Dep Ex B) - 4 pages |
| 47 | | | | 3/31/21 A. Klibanov invoice to Stueve Siegel Hanson for expert consulting services rendered (Klibanov Dep Ex C) |
| 48 | | | | 5/31/21 Defendant The Cincinnati Insurance Company, Inc.'s Notice of Deposition of Plaintiff K.C. Hopps, Ltd. Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure (Nelson Dep Ex 1) - 5 pages |
| 49 | | | | 6/1/21 M. Lytle email to M. Brown re KC Hopps v. Cincinnati 4:20-CV-00437-SRB - Notice to Take Deposition (Nelson Dep Ex 2) - 7 pages |
| 50 | | | | 12/29/20 First Amended Complaint and Demand for Jury Trial (Nelson Dep Ex 3) - 20 pages |
| 51 | | | | 1/25/20 The Cincinnati Insurance Company Common Policy Declarations (Nelson Dep Ex 4) - 5 pages |
| 52 | | | | Binder containing declaration and executive orders from Kansas and Missouri (Nelson Dep Ex 5) - 257 pages |
| 53 | | | | 2/5/21 Plaintiff K.C. Hopps, Ltd.'s Answers and Objections to Defendant The Cincinnati Insurance Company's First Set of Written Interrogatories (Nelson Dep Ex 6) - 12 pages |
| 54 | | | | KC Hopps notice "What is the Mask Requirement" (Nelson Dep Ex 7) |
| 55 | | | | KC Hopps notice re table not being seated for service (Nelson Dep Ex 8) |
| 56 | | | | 3/24/20 Property Loss Notice (Nelson Dep Ex 9) - 6 pages |
| 57 | | | | Kindred CPA transmission of 2019 federal and Kansas tax returns (Nelson Dep Ex 12) - 14 pages |
| 58 | | | | 2/11/21 Paycheck Protection Program Second Draw Borrower Application Form for Arena Promotions, LLC (Nelson Dep Ex 13) - 6 pages |
| 59 | | | | Paycheck Protection Program Second Draw Borrower Application Forms for various KC Hopps entities (Nelson Dep Ex 14) - 10 pages |
| 60 | | | | 4/10/20 Notices of Paycheck Protection Program Forgiveness Payment for various KC Hopps entities (Nelson Dep Ex 15) - 10 pages |
| 61 | | | | 1/24/20 . Lore email to D. Tuke re KC Hopps - EPP1024051 (Nelson Dep Ex 16) - 2 pages |
| 62 | | | | 12/3/19 JR Reilly email to Douglas Tuke re KC Hopps (Nelson Dep Ex 17) |
| 63 | | | | 4/20/20 B. Genail email to D. Lagrisse re Insurance Policy Delivery (Nelson Dep Ex 18) - 2 pages |

**Continuation**

Case No. 4:20-cv-00437-SRB

**EXHIBIT INDEX**

| | | | | |
|---|---|---|---|---|
| 64 | | | | 8/7/20 R. Clark/Cincinnati Insurance letter to KC Hopps Ltd. regarding claim and coverage (Nelson Dep Ex 19) - 3 pages |
| 65 | | | | 2/11/21 Kansas City Star article, "Kansas City bar and restaurant sues mayor over COVID-19 restrictions" (Nelson Dep Ex 20) - 4 pages |
| 66 | | | | 1/28/21 Petition for Writ of Prohibition in State of Missouri, ex rel O'Dowd's LLC d/b/a O'Dowd's Gastrobar v. Quinton Lucas (Nelson Dep Ex 21) - 14 pages |
| 67 | | | | 5/25/21 Arena Promotions balance sheet ((O'Brien Dep Ex 2) - 2 pages |
| 68 | | | | CARES Act Small Business Grant Program Arena Promotions, LLC reimbursement worksheet (O'Brien Dep Ex 3) - 3 pages |
| 69 | | | | Barleys balance sheets and income statements (O'Brien Dep Ex 4) - 15 pages |
| 70 | | | | Blue Moose Falcon Ridge balance sheets and income statements (O'Brien Dep Ex 5) - 15 pages |
| 71 | | | | Blue Moose Prairie Village balance sheets and income statements (O'Brien Dep Ex 6) - 15 pages |
| 72 | | | | Blue Moose Red Bridge balance sheets and income statements (O'Brien Dep Ex 7) - 15 pages |
| 73 | | | | Briarcliff Events balance sheets and income statements (O'Brien Dep Ex 8) - 15 pages |
| 74 | | | | Hopps Catering balance sheets and income statements (O'Brien Dep Ex 9) - 15 pages |
| 75 | | | | Hopps Management balance sheet (O'Brien Dep Ex 10) |
| 76 | | | | O'Dowd's Plaza balance sheets and income statements (O'Brien Dep Ex 11) - 15 pages |
| 77 | | | | Strouds 135th Street balance sheets and income statements (O'Brien Dep Ex 12) - 15 pages |
| 78 | | | | Excerpts from The Reilly Company, LLC website (Reilly Dep Ex 1) - 17 pages |
| 79 | | | | 9/8/16 Affidavit of J. R. Reilly in Jeff Reed v. The Reilly Company, LLC (Reilly Dep Ex 2) - 3 pages |
| 80 | | | | 4/20/20 B. Genail email to D. Lygrisse re Insurance Policy Delivery (Reilly Dep Ex 3) |
| 81 | | | | 12/3/19 D. Tuke email to J.R. Reilly re KC Hopps (Reilly Dep Ex 4) |
| 82 | | | | 12/8/20 JR Reilly email to K. Lore re O'Dowds Closing (Reilly Dep Ex 5) - 2 pages |
| 83 | | | | 1/24/20 K. Lore email to D. Tuke re KC Hopps -= EPP124051 (Reilly Dep Ex 6) - 9 pages |
| 84 | | | | KC Hopps policy proposal for term 1/25/20 - 1/25/21 (Reilly Dep Ex 7) - 12 pages |
| 85 | | | | 3/11/20 J.R. Reilly email to A. Loetel re Door Dash/Uber Eats/Etc. (Reilly Dep Ex 8) - 2 pages |
| 86 | | | | 5/5/20 J.R. Reilly email to K. Ravenscraft re KC Hopps LTD - EPP 1023051 1/25/20 exp. (Reilly Dep Ex 9) - 3 pages |
| 87 | | | | 10/31/20 J.R. Reilly email to K. Lore re KC Hopps (Reilly Dep Ex 10) |
| 88 | | | | 11/29/20 J.R. Reilly email to K. Lore re Blue Moose Lenexa (3300585845) (Reilly Dep Ex 11) - 2 pages |
| 89 | | | | 12/13/19 - 1/25/21 Log Spreadsheet (Reilly Dep Ex 12) - 4 pages |
| 90 | | | | Common Policy Declarations for KC Hopps Ltd (Reilly Dep Ex 13) - 2 pages |
| 91 | | | | Business Income Worksheet Actual Loss Sustained Coverage for KC Hopps, Ltd. (Reilly Dep Ex 14) - 2 pages |

**Continuation**

Case No. 4:20-cv-00437-SRB

**EXHIBIT INDEX**

| | | | | |
|---|---|---|---|---|
| 92 | | | | 6/20/20 J.R. Reilly email to T. Wagner re ODP Protesting Outline and events (Reilly Dep Ex 15) - 6 pages |
| 93 | | | | 6/29/20 R. Clark/Cincinnati Insurance letter to KC Hopps Ltd re Claim #3561736 (Reilly Dep Ex 16) - 10 pages |
| 94 | | | | 6/30/20 J.R. Reilly email to R. Clark re Plaza Riot Claims (Reilly Dep Ex 17) - 7 pages |
| 95 | | | | 8/25/20 J.R. Reilly email to R. Clark re Claim 3561736 KC Hopps (Reilly Dep Ex 18) - 11 pages |
| 96 | | | | 3/24/20 J.R. Reilly email to T. Wagner re KC Hopps (Reilly Dep Ex 19) |
| 97 | | | | 3/31/20 .R. Reilly email to K. Lore re KC Hopps (Reilly Dep Ex 20) - 7 pages |
| 98 | | | | Copy of Schlader paper file (Schlader Dep Ex 1) - 528 pages |
| 99 | | | | 5/26/21 D. Schlader supplemental expert report (Schlader Dep Ex 3) - 5 pages |
| 100 | | | | 4/30/21 Buchanan Clarke Schlader LLP Invoice #120242 issued to Wallace Saunders for accounting services rendered (Schlader Dep Ex 4) - 3 pages |
| 101 | | | | Cincinnati Insurance Commercial Property Coverage Part Declarations (Schlader Dep Ex 5) - 101 pages |
| 102 | | | | Definitions of operating activities and financing activities (Schlader Dep Ex 6) |
| 103 | | | | Expert Report of Dr. Wayne Thomann (Thomann Dep Ex 1) - 14 pages |
| 104 | | | | Curriculum Vitae for Wayne R. Thomann (Thomann Dep Ex 2) - 17 pages |
| 105 | | | | 5/5/21 Duke Occupational Health Services Invoice #00117806-00 issued to Litchfield Cavo, LLP (Thomann Dep Ex 3) |
| 106 | | | | 4/20/20 Stability of SARS-CoV-2 in different environmental conditions (Thomann Dep Ex 4) |
| 107 | | | | 7/3/20 Exaggerated risk of transmission of COVID-19 by fomites (Thomann Dep Ex 5) - 3 pages |
| 108 | | | | 2/4/21 COVID-19 Rarely Infects Through Surfaces, So Why Are We Still Deep Cleaning? (Thomann Dep Ex 7) - 4 pages |
| 109 | | | | Wayne R. Thomann, DrPH webpages from Duke Family Medicine & Community Health website (Thomann Dep Ex 8) - 3 pages |
| 110 | | | | 4/5/21 CDC article, "Science Brief: SARS-CoV-2 and Surface (Fomite) Transmission for Indoor Community Environments" (Thomann Dep Ex 9) - 6 pages |
| 111 | | | | 5/7/21 CDC article, "Scientific Brief: SARS-CoV-2 Transmission" - summary of recent changes (Thomann Dep Ex 10) - 4 pages |
| 112 | | | | 4/5/21 CDC article "Cleaning and Disinfecting Your Facility" (Thomann Dep Ex 11) - 9 pages |
| 113 | | | | 12/16/20 CDC article, "Considerations for Restaurant and Bar Operators" (Thomann Dep Ex 12) - 12 pages |
| 114 | | | | 4/9/21 CDC article, "Strategies for Optimizing the Supply of N95 Respirators" (Thomann Dep Ex 13) - 23 pages |
| 115 | | | | 4/21/20 Corbly email to K. Yerigan re CA BIS 2020 - Group 0244 - 3 pages |
| 116 | | | | 2006 Endorsement re Exclusion of Loss Due to Virus or Bacteria |
| 117 | | | | 2006 Endorsement re Exclusion of Loss Due to Virus or Bacteria |

**Continuation**

Case No. 4:20-cv-00437-SRB

**EXHIBIT INDEX**

| | | | | |
|---|---|---|---|---|
| 118 | | | | M. Broerman email to T. Schmittou re Cyber Exclusions Communication with attached Communicable Disease Communication to Associates Q1 2021 - 2 pages |
| 119 | | | | 2/3/21 T. Huberty email to multiple parties re 2021 Reinsurance Treaty Exclusion Language with attached 2021 Treaty Exclusion Language document - 16 pages |
| 120 | | | | 2/10/21 T. Huberty email to multiple parties re Communicable Disease screen mockup with attached screens - 8 pages |
| 121 | | | | 9/22/06 M. Broerman email to R. Wilson, J. Mintz and R. Taphorn re ISO Exclusion of Loss Due to Virus or Bacteria |
| 122 | | | | 3/15/21 J. West email to multiple parties re CLD Portfolio Quarterly Update with attached CLD Portfolio Update - 03 16 21 - 21 pages |
| 123 | | | | 4/3/20 M. Broerman email to self re ISOnet Circular Alert Service - Advisory Notice - CP, BOP, Farm with attached LI-CF 2020-033 Advisory Notice CP - 12 pages |
| 124 | | | | 3/18/20 M. Broerman email to T. Huberty and T. Schmittou re New York Department of Financial Services Coronavirus Special Call - ISO circular with attached ISO Li-CL-2020-010 - 8 pages |
| 125 | | | | 3/20/20 T. Huberty email to multiple parties re Agent Communication with attached Agency portal update - March 20 - 5 pages |
| 126 | | | | 7/20/20 CustomerCare email to M. Broerman re NILS State Filing PC Alert - MI |
| 127 | | | | 4/3/20 M. Broerman email to J. Bradburn re status - 4 pages |
| 128 | | | | 4/6/20 D. Stephens email to multiple parties re E-mail Alert from Competiscan: New Trend Report - Commercial Competiscan Alert: Business Interruption Coverage in Commercial Insurance with attachments - 34 pages |
| 129 | | | | 5/28/20 M. Broerman email to self re Business Income Form Comparison with attached Biz Income FA 212 vs ISO CP0030 - 3 pages |
| 130 | | | | 3/16/20 T. Huberty email to multiple parties re Coronavirus Coverage Questions - 2 pages |
| 131 | | | | 5/12/20 T. Schmittou email to multiple parties re SIR COVID-19 Survey & FREE Webinars - 5 pages |
| 132 | | | | 5/4/20 J. Bradburn email to M. Broerman re delayed - 2 pages |
| 133 | | | | 5/5/20 J. Broerman email to M. Broerman, R. Broerman and M. Broerman re Coverage - 2 pages |
| 134 | | | | 3/19/20 T. Schmittou email to multiple parties re ISO COVID-19 Roundtable Announced - 2 pages |
| 135 | | | | 5/4/20 M. Bradburn email to M. Broerman re delayed - 3 pages |
| 136 | | | | 4/15/20 M. Broerman email to M. Broerman re ISO Exclusion of Loss Due to Virus or Bacteria - 2 pages |
| 137 | | | | 3/20/20 T. Huberty email to multiple parties re Agent Communication with attached Agency portal update - March 20 - 4 pages |
| 138 | | | | 4/30/20 J. Bradburn email to M. Broerman re status - 4 pages |
| 139 | | | | 3/20/20 T. Huberty email to multiple parties re Agent Communication with attached Agency portal update - March 20 - 4 pages |
| 140 | | | | S. Corbly email to DFS.Property-Casualty-Letters re New York "308 Letter - C-19 Exclusions" with attachments - 7 pages |
| 141 | | | | 6/5/20 A. Schnell email to S. Corbly re Our File No. 63735; Pol. No. EPP0517458 with attached 63735 Complaint - 5 pages |

**Continuation**

Case No. 4:20-cv-00437-SRB

**EXHIBIT INDEX**

| | | | | |
|---|---|---|---|---|
| 142 | | | | 4/7/20 M. Johnson email to S. Corbly re OK Policyholder Letter with attachments - 6 pages |
| 143 | | | | 4/22/20 T. Huntington email to S. Corbly re COVID-19 Request for Information - 4 pages |
| 144 | | | | 4/21/20 S. Corbly email to T. Purdy re CA BIS 2020 - Group -0244 with attached CA Business Interruption Survey Cincinnati revised - 3 pages |
| 145 | | | | 3/24/20 T. Huberty email to S. Corbly re Covid 19 and Business Income Article with attached New Jersey COVID19 Business Income - 3 pages |
| 146 | | | | 4/1/20 S. Corbly email to Policy@oic.wa.gov re COVID-19 SPECIAL REPORT NAIC #10677, 28665 and 23280 with attached WA COVID 19 policy count and WA Policyholder Letter Electronic 3-31-20 - 4 pages |
| 147 | | | | 3/18/20 M. Johnson email to S. Johnston and S. Spray re NY DFS Policyholder letter with multiple attachments - 8 pages |
| 148 | | | | 3/11/20 T. Huberty email to S. Corbly re Mgr Meeting Minutes - - UW Coverage Detail for Biz Income triggers with attached Coronavirus for UW - 6 pages |
| 149 | | | | 3/18/20 K. Yerigan email to S. Corbly re New York Department of Financial Services Coronavirus Special Call with attached ISO Circular - 9 pages |
| 150 | | | | 4/21/20 S. Corbly email to K. Yerigan re CA BIX 2020 - Group 0244 with attached CA Business Interruption Survey Cincinnati revised - 3 pages |
| 151 | | | | 3/21/20 E. Hill email to M. Hinton re Coronavirus Claims with attached Covid ROR example - 12 pages |
| 152 | | | | 2/11/21 T. Schmittou email to multiple parties re Leasing company's virus-related lost income suit proceeds - 8 pages |
| 153 | | | | 3/23/21 M. Broerman email to self re ALSO SEE VIRUS-INS emails - ISO FW: ISO Exclusion of Loss Due to Virus or Bacteria - 2 pages |
| 154 | | | | 4/15/20 M. Broerman email to self re ISO Exclusion of Loss Due to Virus or Bacteria - TIM sign-off - we won't adopt - 2 pages |
| 155 | | | | 2/10/20 T. Schmittou email to M. Broerman re ISOnet Circular Alert Service - Coronavirus - 2 pages |
| 156 | | | | 3/24/20 T. Huberty email to S. Williams and D. Groff re COVID-19 Coverage Questions - 9 pages |
| 157 | | | | 4/3/20 M. Broerman email to self re ISOnet Circular Alert Services - Advisory Notice - CP, BOP, Farm with attached LI-CF-2020-033 Advisory Notice CP - 12 pages |
| 158 | | | | 5/4/20 J. Bradburn email to M. Broerman re delayed - 3 pages |
| 159 | | | | 3/23/20 J. Ritchie email to T. Swanson re RED FEATHER, LLC - CLAIM ADDENDUM INFORMATION - CLAIM #3519468 - 3 pages |
| 160 | | | | 9/24/20 M. Acevedo email to C. Dowdy re Hospitality Cover Plus with attached Good Missouri case and Good NJ transcript - 50 pages |
| 161 | | | | 5/8/20 C. Dowdy email to M. McKnight re IL20-04449 Complaint Documents - Illinois Department of Insurance with attached IL Consumer Complaint, IL DOI Complaint Letter and Insurance Dept. Complaint Form - 91 pages |
| 162 | | | | 3/18/20 K. Roop email to T. Swanson re GA Dept of Insurance on Coronavirus with attached Bulletin-3172020-1619 - 4 pages |

**Continuation**

Case No. 4:20-cv-00437-SRB

**EXHIBIT INDEX**

| | | | | |
|---|---|---|---|---|
| 163 | | | | 8/17/20 C. Dowdy email to K. Fredrick re claims... - 6 pages |
| 164 | | | | 3/18/20 B. Callentine email to T. Swanson and C. Dowdy re BI claim discussions - 3 pages |
| 165 | | | | 3/24/20 M. Briscoe email to C. Dowdy re COVID019 with attached 3-24-20 Stay Home Work Safe Order by the County Judge - 23 pages |
| 166 | | | | 1/19/21 M. Farley email to P. Filtyn re OlI Legal Committee: Request for Amicus in Neuro-Communications Services v. Cincinnati Insurance BUSINESS INTERRUPTION - 3 pages |
| 167 | | | | 11/11/20 C. Kennedy email to P. Foltyn re Clips: Nation's 1st COVID-19 Business-Interruption Suit Headed to Trial - 3 pages |
| 168 | | | | 12/15/20 S. Givler email to R. Klimkowski and A. Delaney re Competitive Edge Sales Department Newsletter - December Edition - 17 pages |
| 169 | | | | 3/29/21 D. Selembo email to multiple parties re Communicable Disease Exclusion Guidance with attached Communicable Disease Exclusion Guidance April 2021 - 3 pages |
| 170 | | | | 12/21/20 S. Givler email to C. Chavers re Interesting approach to filing a virus exclusion |
| 171 | | | | 12/31/20 S. Givler email to D. Groff re CSU Property and Casualty Reinsurance Renewals with attached Memorandum of Understanding - 4 pages |
| 172 | | | | 12/16/20 K. Getz email to S. Givler re Competitive Edge Sales Department Newsletter - December Edition - 20 pages |
| 173 | | | | 3/20/20 A. Delaney email to #PC-Field Representatives re Agent Communication with attached Agency portal update - March 20 - 3 pages |
| 174 | | | | T. Huberty email to S. Givler re Global Case - 2 pages |
| 175 | | | | 5/26/20 J. McClain email to K. Yerigan re COVID-19 PROPERTY/CASUALTY BUSINESS INTERRUPTINO DATA CALL with attached copy of COVID BI PREMIUMS spreadsheet - 6 pages |
| 176 | | | | 4/2/20 M. Zimmerman email to T. Huberty re David Selembo re GoToWebinar - Potential Coverage Implications Surrounding COVID-19 - 38 pages |
| 177 | | | | 4/3/20 M. Phillips email to multiple parties re Requests for confirmation that our CGL doesn't contain a virus exclusion |
| 178 | | | | 2/20/20 T. Schmittou email to T. Huberty, B. Lecky, G. Koch and R. Klimkowski re BI loss triggered by Coronavirus - 4 pages |
| 179 | | | | 3/4/20 T. Schmittou email to T. Swanson re PP for UW Explaining lack of coronavirus coverage - 2 pages |
| 180 | | | | 2/6/20 D. Kahn email to multiple parties re Coronavirus - Advance Copy of Commercial Property Circular with attached circular - 11 pages |
| 181 | | | | 3/10/20 T. Schmittou email to T. Huberty re Coronavirus Insurance - Legal Alert - 3 pages |
| 182 | | | | 3/6/20 S. Spray email to L. Love re COVID-19 with attached Tech Talk Coronavirus and Commercial Business Shutdown Covered or Not - 14 pages |
| 183 | | | | 10/28/20 D. McDaniel email to multiple parties re KBW post-call report on 3Q20 CINF results with attachment - 10 pages |
| 184 | | | | 5/20/20 CPCU Society email to R. Taphorn re CPCU All Members Forum Digest for Tuesday May 19, 2020 - 21 pages |

**Continuation**

Case No. 4:20-cv-00437-SRB

**EXHIBIT INDEX**

| | | | | |
|---|---|---|---|---|
| 185 | | | | 2/20/20 T. Huberty email to J. McClain re Preparing for Coronavirus with attachment - 12 pages |
| 186 | | | | 2/11/21 T. Schmittou email to multiple parties re Leasing company's virus-related lost income suit proceeds - 8 pages |
| 187 | | | | 3/24/20 T. Huberty email to S. Williams and D. Groff re COVID-19 Coverage Questions with attached Guidance Needed: Protective Safeguards/Vacancy Clauses/Remote Workers - 6 pages |
| 188 | | | | 3/13/20 T. Fickling email to T. Huberty re Coronavirus.pdf - ok to share with agents? with attached coronavirus - not covered explanations - 6 pages |
| 189 | | | | 12/5/20 D. Selembo email to R. French re Casualty Follow up - Swiss RE and Cincinnati Call - 5 pages |
| 190 | | | | 10/1/20 A. Delaney email to S. Givler re Loss Control Inspections suspended for clients with COVID BI Claims with attached BI Claim Concerns Guidance 09-28-2020 - 6 pages |
| 191 | | | | Minnesota COVID-19 Response - 4 pages |
| 192 | | | | Response to NY DFS Request - 2 pages |
| 193 | | | | 4/16/20 J. Wells/Cincinnati Insurance letter to YMCA of Henderson County with coverage decision - 12 pages |
| 194 | | | | 2006 Endorsement re Exclusion of Loss Due to Virus or Bacteria |
| 195 | | | | Various endorsements for exclusion - 43 pages |
| 196 | | | | 8/17/20 S. Berns/Cincinnati Insurance letter to Harbinger LLC dba Brewery Emperial, LLC regarding claim - 9 pages |
| 197 | | | | 11/23/20 Order Granting Plaintiff's Motion for Partial Summary Judgment re Coverage Grant in Perry Street Brewing Company, LLC v. Mutual of Enumclaw Insurance Company - 6 pages |
| 198 | | | | 10/30/20 S. Berns/Cincinnati Insurance letter to D. Curry re coverage decision regarding claim by Harbinger LLC dba Brewery Emperial CBE LLC - 9 pages |
| 199 | | | | 5/14/20 Senior Leader Key Messages - 2 pages |
| 200 | | | | 4/7/20 Cincinnati Financial Core Margins Beat; However, Mgt. Relying Solely On The BI Property Damage Exclusion - 7 pages |
| 201 | | | | 7/26/06 ISO Circular - New Endorsements to Address Exclusion of Loss Due to Virus or Bacteria Filed - 10 pages |
| 202 | | | | 7/26/06 ISO Circular - New Rules to Address Exclusion of Loss Due to Virus or Bacteria Filed - 11 pages |
| 203 | | | | 2/7/20 ISO Circular - Advisory Endorsements Furnished But Not Filed: Business Interruption Options for Limited Civil Authority Coverage Related to Coronavirus - 10 pages |
| 204 | | | | 5/1/20 Cincinnati Financial Corporation COVID-19 Commentary |
| 205 | | | | Document containing rationale for no virus exclusion |
| 206 | | | | 7/28/06 ISO Circular - Forms and Rules to Address Exclusion of Loss Due to Virus or Bacteria Being Implemented in Several Jurisdictions - 6 pages |
| 207 | | | | 7/6/06 ISO Circular - New Endorsements Filed to Address Exclusion of Loss Due to Virus or Bacteria - 12 pages |
| 208 | | | | 11/15/04 ISO Circular - Commercial Property Panel Agenda Closed - 31 pages |
| 209 | | | | Paycheck Protection Program Borrower Application Forms for various entities - 11 pages |

**Continuation**

Case No. 4:20-cv-00437-SRB

**EXHIBIT INDEX**

| | | | | |
|---|---|---|---|---|
| 210 | | | | 5/3/21 Notice of Paycheck Protection Program Forgiveness Payment for Arena Promotions LLC |
| 211 | | | | 5/3/21 Notice of Paycheck Protection Program Forgiveness Payment for Barley's Brewhaus LLC |
| 212 | | | | 5/3/21 Notice of Paycheck Protection Program Forgiveness Payment for Barleys, Ltd. |
| 213 | | | | 5/3/21 Notice of Paycheck Protection Program Forgiveness Payment for Briarcliff Events LLC |
| 214 | | | | 5/3/21 Notice of Paycheck Protection Program Forgiveness Payment for Hopps Catering LLC |
| 215 | | | | 5/3/21 Notice of Paycheck Protection Program Forgiveness Payment for O'Dowds LLC |
| 216 | | | | 5/3/21 Notice of Paycheck Protection Program Forgiveness Payment for Pan Fried 2, LLC |
| 217 | | | | 5/3/21 Notice of Paycheck Protection Program Forgiveness Payment for South East KC Restaurant Co., LLC |
| 218 | | | | 5/3/21 Notice of Paycheck Protection Program Forgiveness Payment for Falcon Ridge Restaurant LLC |
| 219 | | | | 5/3/21 Notice of Paycheck Protection Program Forgiveness Payment for Hopps Management Co LLC |
| 220 | | | | 8/6/21 Jackson County Executive Order - 4 pages |
| 221 | | | | 8/19/21 Kansas City Council rescission of Order 21-01 - 5 pages |
| 222 | | | | 8/20/21 Kansas City Missouri Health Department on Ordinance 210694 as it relates to restaurants and taverns - 2 pages |
| 223 | | | | 8/27/21 Missouri Governor's Executive Order EO 21-09 |
| 224 | | | | 9/17/21 Supplemental Expert Report of Kevin Grudzien with exhibits - 721 pages |
| 225 | | | | 8/25/21 Kansas City Star article, “Newly reported COVID death in Kansas county may be the first known in US” |
| 226 | | | | Goodman Expert File – 981 pages |
| 227 | | | | PYXIS File (supporting documentation) – 29 pages |
| 228 | | | | Thomann File (405 pages) |
| 229 | | | | Recent Depositions for Dr. Wayne Thomann |
| 230 | | | | Armitage Case List 2020 – 2 pages |
| 231 | | | | Keith Armitage Case List 2019 – 11 pages |
| 232 | | | | 4/28/21 Keith Armitage, MD Final Report – 3 pages |
| 233 | | | | Keith Armitage, MD Curriculum Vitae – 18 pages |
| 234 | | | | Cincinnati Insurance Policy - 470 pages |
| 235 | | | | 10/5/20 Cincinnati's Responses to First Interrogatories - 7 pages |
| 236 | | | | 2/5/20 Plaintiff’s Responses and Objections to First Request for Production - 14 pages |
| 237 | | | | 2/5/21 Plaintiff's Responses and Objections to First Set of Requests for Admissions - 36 pages |
| 238 | | | | 10/21/20 Cincinnati's Initial Rule 26 Disclosures - 5 pages |
| 239 | | | | 10/21/20 Plaintiff's Initial Rule 26 Disclosures - 5 pages |
| 240 | | | | 4/30/21 Defendant Expert Disclosures - 4 pages |
| 241 | | | | 5/26/21 Defendant's Supplemental Expert Witness Disclosure - 4 pages |
| 242 | | | | 3/29/21 Plaintiff's Expert Witness Disclosures |

**Continuation**

Case No. 4:20-cv-00437-SRB

**EXHIBIT INDEX**

| | | | | |
|---|---|---|---|---|
| 243 | | | | Paycheck Protection Program Second Draw Loans |
| 244 | | | | Paycheck Protection Program Borrower Application Form Revised June 12, 2020 – 4 pages |
| 245 | | | | SBA Restaurant Revitalization Funding Application – 16 pages |
| 246 | | | | 6/9/21 D. Litchfield email to M. Lytle re KC Hopps (Dowdy Dep Ex 1) - 3 pages |
| 247 | | | | Claim file re KC Hopps Ltd (Dowdy Dep Ex 2) - 29 pages |
| 248 | | | | 6/4/20 Complaint, K.C. Hopps, Ltd. v. The Cincinnati Insurance Company, Inc. (Dowdy Dep Ex 3) - 27 pages |
| 249 | | | | 6/4/20 ISO Match Report (Dowdy Dep Ex 4) - 6 pages |
| 250 | | | | 5/15/20 N. Jones letter to KC Hopps LTD re coverage decision (Dowdy Dep Ex 5, Nelson Dep Ex 11) - 8 pages |
| 251 | | | | 4/10/20 N. Jones letter to KC HOPPS LTD to advise he will be handling claim (Dowdy Dep Ex 6) |
| 252 | | | | 4/2/20 ISO Match Report (Dowdy Dep Ex 7) - 23 pages |
| 253 | | | | 4/1/20 R. Clark letter to D. Lygrisse/KC Hopps re claim (Dowdy Dep Ex 8, Nelson Dep Ex 10) - 9 pages |
| 254 | | | | 1/25/20 Common Policy Declarations for Policy # EPP 012 40 51/EBA 012 40 51 (Dowdy Dep Ex 9) - 59 pages |
| 255 | | | | All pleadings, filings and any document attached to any filing in this case. |
| 256 | | | | Demonstrative and/or Summary exhibits |
| 257 | | | | Documents listed on Defendant's Exhibit List |
| 258 | | | | Documents used for impeachment or rebuttal |
| 259 | | | | All documents disclosed or produced by any designated expert |
| 260 | | | | All documents produced by either party in this case |
| 261 | | | | All documents marked as an exhibit to any deposition taken in this case |

Date: September 17, 2021

**STUEVE SIEGEL HANSON LLP**

*s/ Patrick J. Stueve*
Patrick J. Stueve, MO #37682
Bradley T. Wilders, MO #60444
Curtis Shank, MO #66221
Abby E. McClellan, MO Bar # 66069
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: 816-714-7100
Facsimile: 816-714-7101
Email: stueve@stuevesiegel.com
Email: wilders@stuevesiegel.com
Email: shank@stuevesiegel.com

**MILLER SCHIRGER LLC**

John J. Schirger, MO # 60583
Matthew W. Lytle, MO #59145
Joseph M. Feierabend, MO #62563
4520 Main Street, Suite 1570
Kansas City, MO 64111
Telephone: (816) 561-6500
Facsimile: (816) 561-6501
Email: jschirger@millerschirger.com
Email: mlytle@millerschirger.com
Email: jfeierabend@millerschirger.com

**LANGDON & EMISON LLC**

J. Kent Emison, MO #29721
911 Main Street
PO Box 220
Lexington, Missouri 64067
Telephone: (660) 259-6175
Facsimile: (660) 259-4571
Email: kent@lelaw.com

**SHAFFER LOMBARDO SHURIN, P.C.**
Richard F. Lombardo, MO# 29748
2001 Wyandotte Street
Kansas City, MO 64108
Telephone: 816-931-0500
Facsimile: 816-931-5775
Email: rlombardo@sls-law.com

*Attorneys for Plaintiff*