IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| K.C. HOPPS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE CINCINNATI INSURANCE COMPANY, INC., <br><br> Defendant. | Case No. 4:20-cv-00437-SRB |

## JOINT SUBMISSION OF AGREED JURY INSTRUCTIONS

The parties have conferred with respect to proposed jury instructions.

Attached hereto as Exhibit 1 are the specific instructions upon which the parties agree.

Pursuant to the Court's Scheduling and Trial Order (Doc. 39), each party is separately filing its proposed version of the instructions upon which the parties do not agree, along with written objection to the other party's version.

Dated: September 30, 2021

Respectfully submitted by:

**STUEVE SIEGEL HANSON LLP**

*/s/ Patrick J. Stueve*
Patrick J. Stueve, MO #37682
Bradley T. Wilders, MO #60444
Abby E. McClellan, MO # 66069
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: 816-714-7100
Facsimile: 816-714-7101
Email: stueve@stuevesiegel.com
Email: wilders@stuevesiegel.com

**MILLER SCHIRGER LLC**
John J. Schirger, MO # 60583
Matthew W. Lytle, MO #59145
Joseph M. Feierabend, MO #62563
4520 Main Street, Suite 1570
Kansas City, MO 64111
Telephone: (816) 561-6500
Facsimile: (816) 561-6501
Email:jschirger@millerschirger.com
Email:mlytle@millerschirger.com
Email:jfeierabend@millerschirger.com

**LANGDON & EMISON LLC**
J. Kent Emison, MO #29721
911 Main Street
PO Box 220
Lexington, Missouri 64067
Telephone: (660) 259-6175
Facsimile: (660) 259-4571
Email: kent@lelaw.com

**SHAFFER LOMBARDO SHURIN, P.C.**
Richard F. Lombardo, MO# 29748
2001 Wyandotte Street
Kansas City, MO 64108
Telephone: 816-931-0500
Facsimile: 816-931-5775
Email: rlombardo@sls-law.com

*ATTORNEYS FOR PLAINTIFF*

**WALLACE SAUNDERS**

*/s/ Michael L. Brown*
Michael L. Brown
KS# 21313
Kelvin J. Fisher, KS #22014
10111 West 87th Street
Overland Park, KS 66212
Telephone: (913) 888-1000
Facsimile: (913) 888-1065
mbrown@wallacesaunders.com
kfisher@wallacesaunders.com

**LITCHFIELD CAVO LLP**
Daniel Litchfield PHV
Ericka Hammett PHV
303 West Madison Street Suite 300
Chicago, IL 60606
Telephone: (312) 781-6669
Facsimile: (312) 781-6630
litchfield@litchfieldcavo.com
hammett@litchfieldcavo.com

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to:

*/s/ Patrick J. Stueve*
Attorney for Plaintiff