**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| K.C. HOPPS, LTD.,<br><br>Plaintiff,<br>v.<br><br>THE CINCINNATI INSURANCE COMPANY, INC.,<br><br>Defendant. | Case No. 4:20-cv-00437-SRB |

**EXHIBIT 2**

**DEFENDANT'S REDLINE OF PLAINTIFF'S PROPOSED JUROR QUESTIONNAIRE**

**(As Attached to Email Sent from Defendant's Attorney D. Litchfield on 10/1/2021)**

NAME:___________________________________

**JUROR QUESTIONNAIRE**

Thank you for coming to court as a potential juror. The questions on this form are designed to help the court and the lawyers learn something about you. The questions are not asked to invade your privacy, but to make sure that you can be a fair and impartial juror.

You should answer the questions carefully and completely. Please do not leave any questions blank. If a question does not apply to you, simply write N/A (for Not Applicable) in the space for the answer. If no response to a question is written by you, we will assume that you mistakenly skipped it and may ask you about it in court.

Please DO NOT write on the back of any page. If you need more room, continue at the bottom or side of the page or on a blank page.

You may be asked follow-up questions later to clarify your answers. If there are questions that you would feel more comfortable answering in private, simply write "private" in the space provided for your answer and circle the question number. Any follow-up questions on that topic will be held out of the presence of the other jurors.

If you have trouble reading, understanding, or filling out this form, please let the court clerk know.

**PLEASE REMEMBER THAT YOU ARE ANSWERING THESE QUESTIONS UNDER PENALTY OF PERJURY. YOUR ANSWERS MUST BE TRUE AND COMPLETE.**

1. City/Town where you live or nearest to where you live: _____________________________

2. What is your highest level of education? What year did you graduate? ______________________________________

3. What is your occupation (or what was your latest occupation if you are retired unemployed, or disabled)?
______________________________________________________________________________
______________________________________________________________________________

4. Have you ever owned your own business? Yes _____ No _____

   If "yes" please describe the type of business, the number of employees and the length of time the business is or was owned:
______________________________________________________________________________
______________________________________________________________________________

5. Have you visited any of the following establishments:

____ Blue Moose Bar & Grill (Prairie Village, KS)
____ Barley's Brewhaus (Shawnee, KS)
____ Blue Moose Bar & Grill (Lenexa, KS)
____ Moose Truck Food Truck
____ Stroud's (Overland Park, KS)
____ O'Dowd's Gastrobar (Kansas City, MO)
____ The View at Briarcliff (Kansas City, MO)
____ Hy-Vee Arena (Kansas City, MO)
____ Blue Moose Bar & Grill (Kansas City, MO)

   If yes, when was the last time you visited each establishment you identified? ___________________________
______________________________________________________________________________

**Deleted:** your

**Deleted:** background and your views on issues that may be related to this case.

**Deleted:** This questionnaire will remain confidential.

**Deleted:** there is

**Deleted:** The

**Deleted:** or anyone close to you

**Deleted:** their

Also, have you had any catering done for you by Hopps Catering of Overland Park, Kansas? ___________. If your answer was yes, when did that happen?_________________________________________

6. Have you, a family member or a friend ever worked for the Cincinnati Insurance Company or any company affiliated with it?
Yes ___ No ___

If Yes, please identify the person involved and the nature of their job at the time:
_____________________________________________________________________
_____________________________________________________________________

7. Have you, a family member or a friend ever worked for any insurance company? Yes ___ No ___

If Yes, please identify the person involved and the nature of their job at the time:
_____________________________________________________________________
_____________________________________________________________________

8. Have you ever sued someone or been sued by someone? Yes ____ No ____

If yes, please describe the type of case, court where the suit was filed and outcome of the case:
_____________________________________________________________________
_____________________________________________________________________
_____________________________________________________________________

9. Are you presently being treated for a medical condition that could affect your ability to sit as a juror in this case? Yes ____ No ____

If yes, please describe the condition and how you believe it would affect your ability to serve:
_____________________________________________________________________
_____________________________________________________________________
_____________________________________________________________________

10. Have you a family member or a friend ever made an insurance claim?

Yes _____ No _____ If yes, please explain the circumstances of the claim and its outcome:
_____________________________________________________________________
_____________________________________________________________________

21. Have you, a family member or a friend ever worked in a restaurant? Yes___ No____. If your answer is yes, please identify the restaurant and the position or positions you held there.__________________________________________________________________
___________________________________________________

22. Have you, a family member or a friend ever worked for KC Hopps or any of its affiliated bars or restaurants? Yes___ No ___. If your answer is yes, please identify the bar or restaurant, years of employment and positions held______________________________
___________________________________________________

I declare under penalty of perjury, that the following answers are true and correct to the best of my knowledge.

Deleted: or a loved one

Deleted: affiliated

Deleted: ies

Deleted: describe

Deleted: loved one

Deleted: describe

Deleted: <#>Have you or a loved one tested positive for the SARS-CoV-2 (COVID-19) virus? Yes ___ No ___¶
¶
Have you been vaccinated against the SARS-CoV-2 (COVID-19) virus? Yes ___ No___¶
¶
If no, why have you not been vaccinated: ______________________________________________¶
_____________________________________________¶
¶
Do you believe people should wear masks while indoors to protect against the transmission of SARS-CoV-2 (COVID-19)? Yes ___ No ___¶
Please explain: __________________________________________¶
_____________________________________________¶
¶
How much do you disagree or agree with the following opinions? Circle a number between 1 and 4.¶
¶

| | Strongly Agree | Agree | Disagree | Strongly Disagree¶ |
|---|---|---|---|---|
| There are too many lawsuits in our society. | 1 | 2 | 3 | 4¶ |
| Lawsuits are costing us all too much. | 1 | 2 | 3 | 4¶ |
| People in our society today are too ready to sue. | 1 | 2 | 3 | 4¶ |
| Corporations can never be trusted. | 1 | 2 | 3 | 4¶ |
| Jury awards are too high. | 1 | 2 | 3 | 4¶ |

¶
¶
¶
¶
What television news do you regularly watch? (Circle a ...

Deleted: <#>or

Deleted: <#> against an insurance company that was resolved without the need to file a lawsuit?

Deleted: <#>Are lawsuits good or bad for society?_Good ___ Bad ___
Why?________________________________________¶
_____________________________________________¶ ...



Case 4:20-cv-00437-SRB Document 171-2 Filed 10/01/21 Page 3 of 4

Executed in the County of Jackson, Missouri on October ___, 2021.

______________________________________
SIGNATURE