IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| K.C. HOPPS, LTD.,<br><br>   Plaintiff,<br><br>v.<br><br>THE CINCINNATI INSURANCE COMPANY, INC.,<br><br>   Defendant. | Case No. 4:20-cv-00437-SRB |

**PLAINTIFF'S MOTION TO FILE CERTAIN EXHIBITS UNDER SEAL**

Plaintiff's supplemental brief related to the admissibility of taxpayer aid includes a Declaration of Kevin Grudzien. Mr. Grudzien attaches four spreadsheets from his calculation of lost Business Income, which include Plaintiff's detailed income and expense information. Given the level of detail in the spreadsheets, including detailed income and expense information by category, such information is sensitive business information that is ordinarily kept confidential. Plaintiff therefore requests permission to file Exhibits B, C and D to Mr. Grudzien's declaration under seal.

Date: October 8, 2021

**STUEVE SIEGEL HANSON LLP**

*s/ Patrick J. Stueve*
Patrick J. Stueve, MO #37682
Bradley T. Wilders, MO #60444
Curtis Shank, MO #66221
Abby E. McClellan, MO Bar # 66069
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: 816-714-7100
Facsimile: 816-714-7101
Email:  stueve@stuevesiegel.com
Email:  wilders@stuevesiegel.com

1

Email: shank@stuevesiegel.com

**MILLER SCHIRGER LLC**

John J. Schirger, MO # 60583
Matthew W. Lytle, MO #59145
Joseph M. Feierabend, MO #62563
4520 Main Street, Suite 1570
Kansas City, MO 64111
Telephone: (816) 561-6500
Facsimile: (816) 561-6501
Email: jschirger@millerschirger.com
Email: mlytle@millerschirger.com
Email: jfeierabend@millerschirger.com

**LANGDON & EMISON LLC**

J. Kent Emison, MO #29721
911 Main Street
PO Box 220
Lexington, Missouri 64067
Telephone: (660) 259-6175
Facsimile: (660) 259-4571
Email: kent@lelaw.com

**SHAFFER LOMBARDO SHURIN, P.C.**
Richard F. Lombardo, MO# 29748
2001 Wyandotte Street
Kansas City, MO 64108
Telephone: 816-931-0500
Facsimile: 816-931-5775
Email: rlombardo@sls-law.com

*Attorneys for Plaintiff*