IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| K.C. HOPPS, LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE CINCINNATI INSURANCE COMPANY, ) <br> INC., ) <br> ) <br> Defendant. ) | Case No. 20-cv-00437-SRB |

## ORDER

Before the Court is Plaintiff K.C. Hopps, LTD.'s ("Plaintiff") Motion for Approval of Juror Questionnaire. (Doc. #171.) Plaintiff attached to its motion a proposed questionnaire, as well as Defendant The Cincinnati Insurance Company's ("Defendant") proposed edits. Defendant subsequently filed a brief in opposition to Plaintiff's motion. (Doc. #184.) Upon review, Plaintiff's Motion for Approval of Juror Questionnaire is GRANTED. However, after consideration of the parties' arguments, the Court hereby approves a modified questionnaire, attached as an exhibit to this Order.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: October 12, 2021