NAME:_____

# JUROR QUESTIONNAIRE

Thank you for coming to court as a potential juror. The questions on this form are designed to help the court and the lawyers learn something about your background and your views on issues that may be related to this case. The questions are not asked to invade your privacy, but to make sure that you can be a fair and impartial juror. This questionnaire will remain confidential and will only be shared with the lawyers, the judge, and court staff.

You should answer the questions carefully and completely. Please do not leave any questions blank. If a question does not apply to you, simply write N/A (for Not Applicable) in the space for the answer. If there is no response to a question, we will assume that you mistakenly skipped it and may ask you about it in court.

Please DO NOT write on the back of any page. If you need more room, continue at the bottom or side of the page or on a blank page.

You may be asked follow-up questions later to clarify your answers. If there are questions that you would feel more comfortable answering in private, simply write "private" in the space provided for your answer and circle the question number. Any follow-up questions on that topic will be held out of the presence of the other jurors.

If you have trouble reading, understanding, or filling out this form, please let the court clerk know.

**PLEASE REMEMBER THAT YOU ARE ANSWERING THESE QUESTIONS UNDER PENALTY OF PERJURY. YOUR ANSWERS MUST BE TRUE AND COMPLETE.**

1. City/Town where you live: _____

2. What is your highest level of education and what year did you graduate? _____

3. What is your occupation (or what was your latest occupation if you are retired unemployed, or disabled)?
   _____
   _____

4. Have you ever owned your own business? Yes _____ No _____

   If Yes, please describe the type of business, the number of employees and the length of time the business is or was owned:
   _____
   _____

5. Have you visited any of the following establishments:
   ____ Blue Moose Bar & Grill (Prairie Village, KS)        ____ Barley's Brewhaus (Shawnee, KS)
   ____ Blue Moose Bar & Grill (Lenexa, KS)                 ____ Moose Truck Food Truck
   ____ Stroud's (Overland Park, KS)                        ____ O'Dowd's Gastrobar (Kansas City, MO)
   ____ The View at Briarcliff (Kansas City, MO)            ____ Hy-Vee Arena (Kansas City, MO)
   ____ Blue Moose Bar & Grill (Kansas City, MO)

   If Yes, when was the last time you visited each establishment you identified? _____
   _____

Also, have you had any catering done for you by Hopps Catering of Overland Park, Kansas? Yes____ No ____

If Yes, when did that happen? _____

6. Have you or a family member ever worked for the Cincinnati Insurance Company or any affiliated companies? Yes ___ No ___

   If Yes, please describe the nature of the position: _____
   _____

7. Have you or a loved one ever worked for any insurance company? Yes ____ No ____

   If Yes, please describe the nature of the position:_____
   _____

8. Have you ever sued someone or been sued by someone? Yes ____ No ____

   If Yes, please describe the type of case, the location of the suit, and the outcome: _____
   _____
   _____

9. Are you presently being treated for a medical condition that could affect your ability to sit as a juror? Yes ____ No ____

   If Yes, please describe: _____
   _____
   _____

10. Have you or a family member tested positive for the SARS-CoV-2 (COVID-19) virus? Yes ____ No ____

11. Have you been vaccinated against the SARS-CoV-2 (COVID-19) virus? Yes ____ No____

12. Do you believe people should wear masks while indoors to protect against the transmission of SARS-CoV-2 (COVID-19)? Yes ____ No ____

13. How much do you disagree or agree with the following opinions? Circle a number between 1 and 4.

|  | **Strongly Agree** | **Agree** | **Disagree** | **Strongly Disagree** |
|---|---|---|---|---|
| There are too many lawsuits in our society. | 1 | 2 | 3 | 4 |
| Lawsuits are costing us all too much. | 1 | 2 | 3 | 4 |
| People in our society today are too ready to sue. | 1 | 2 | 3 | 4 |
| Corporations can never be trusted. | 1 | 2 | 3 | 4 |
| Jury awards are too high. | 1 | 2 | 3 | 4 |

2

14. What television news do you regularly watch? (Circle as many as apply.)

    ABC network    BBC    CBS Network    CNN    Fox Network    MSNBC    NBC Network

    OANN    None    Others (list): _____

15. What radio/internet talk shows/podcasts do you listen to? _____
    _____

16. If you or a family member suffered loss because of the fault of another, would you sue?
    Yes _____ No _____ It depends _____

    Please explain your answer:
    _____
    _____

17. Have you or a family member ever made a claim against an insurance company that was resolved without the need to file a lawsuit?
    Yes _____ No _____

    If Yes, please explain: _____
    _____

18. Have you or a family member ever worked in a restaurant? Yes___ No___

    If Yes, please identify the restaurant and the position or positions you held there: _____
    _____

19. Have you or a family member ever worked for KC Hopps or any of its affiliated bars or restaurants?
    Yes ___ No ___

    If Yes, please identify the bar or restaurant, years of employment and positions held: _____
    _____

20. We think this trial will last one week. Is there any reason why you could not attend a one week trial?

    If so, why?_____

21. After completing this questionnaire, do you know of any reason at all (for example, religious, emotional, political, or personal) that would make it difficult for you to be a fair and impartial juror in this case?
    Yes _____ No _____

    If yes, please explain: _____
    _____

3

Case 4:20-cv-00437-SRB   Document 188-1   Filed 10/12/21   Page 3 of 4

I declare under penalty of perjury, that the previous answers are true and correct to the best of my knowledge.

Executed in the County of Jackson, Missouri on October ___, 2021.

_____
SIGNATURE