IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| K.C. HOPPS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-cv-00437-SRB |
| | ) | |
| THE CINCINNATI INSURANCE COMPANY, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Before the Court is Plaintiff K.C. Hopps, LTD.'s ("Plaintiff") Affirmative Deposition Designations (Doc. #173), Defendant The Cincinnati Insurance Company's ("Defendant") Counter-Designations of Dr. Marc Goodman's Testimony and Objections (Doc. #183), and Plaintiff's Objections to Defendant's Counter Designations of Dr. Marc Goodman's Trial Deposition Testimony (Doc. #192). Upon review, the Court ORDERS the following regarding Dr. Goodman's deposition testimony:

**Defendant's objections to Plaintiff's designations of Dr. Goodman's testimony:**

- Defendant's objection to 8:8-8:13 is SUSTAINED.
- Defendant's objection to 15:22-16:2 is OVERRULED.
- Defendant's objection to 28:17-29:11 is OVERRULED.
- Defendant's objection to 30:8-31:15 is OVERRULED.
- Defendant's objection to 33:2-33:16 is OVERRULED.
- Defendant's objection to 43:18-44:3 is OVERRULED.
- Defendant's objection to 102:9-102:13 is OVERRULED.
- Defendant's objection to 102:18-102:25 is OVERRULED.

- Defendant's objection to 103:9-104:20 is OVERRULED.
- Defendant's objection to 106:2-106:5 is OVERRULED.
- Defendant's objection to 106:12-106:20 is OVERRULED.
- Defendant's objection to 118:9-118:26 is OVERRULED.
- Regarding Defendant's objection to Plaintiff's Trial Deposition Exhibit 2, "CDC Media Statement," that objection is OVERRULED.

**Plaintiff's objections to Defendant's counter-designations of Dr. Goodman's testimony:**

- Plaintiff's objection to Defendant not designating 65:11-65:15 is SUSTAINED. For clarity, 65:11-15 may be introduced into evidence at trial.
- Plaintiff's objection to 67:04-12 and 67:21-70:20 is OVERRULED.
- Plaintiff's objection to 74:19-75:06 and 75:17-77:03 is OVERRULED.
- Plaintiff's objection to 77:17-78:16 is OVERRULED.
- Plaintiff's objection to 79:24-25 and 80:25-81:14 is OVERRULED.
- Plaintiff's objection to 82:02-82:18 is OVERRULED.
- Plaintiff's objection to 87:10-88:22 is OVERRULED.
- Plaintiff's objection to 89:12-90:08 is OVERRULED.
- Plaintiff's objection to 91:20-92:06 is OVERRULED.
- Plaintiff's objection to 93:24-94:20 is OVERRULED.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: <u>October 18, 2021</u>