# EXHIBIT A

SUPPLEMENTAL EXPERT WITNESS REPORT

of

Kevin M. Grudzien

K.C. Hopps, LTD. v. The Cincinnati Insurance Company, Inc.

In the United States District Court
For the Western District of Missouri

Case No. 4:20-cv-00437-SRB

Prepared by:

Kevin M. Grudzien
Managing Director
Pyxis Group, LLC

1

On March 29, 2021, I submitted my initial report in this matter in which I detailed my methodology for calculating K.C. Hopps, Ltd.'s ("K.C. Hopps") Business Interruption losses from COVID-19, and opined that KC Hopps incurred such losses in the amount of $1,727,739. Because KC Hopps had not yet completed its financial reports for any period after December 2020 at the time I prepared my report dated March 29, 2021, the calculation of KC Hopps' Business Interruption losses from COVID-19 reflected in that report included only those Business Interruption losses KC Hopps incurred for the period March 2020 through December 29, 2021.

Subsequent to my report dated March 29, 2021, I was provided additional financial reports from KC Hopps for the fiscal periods 1 through 7 or 8 (depending on the location) of 2021. As such, this document serves to supplement the opinions detailed in my March 29, 2021 report to include my calculation of additional Business Interruption losses KC Hopps incurred during the periods December 30, 2020, through March 23, 2021, based on my review of these additional financial reports, all of which are identified in the "Supplemental Documentation Reviewed" section below.

**Supplemental Opinion**

In my previous report, I calculated and opined that KC Hopps incurred Business Interruption losses from COVID-19 in the total amount of $1,727,739 for the period March 2020 through December 29, 2020. I have reviewed the additional financial reports provided for the periods December 30, 2020, through March 23, 2021, and applied the methodology identified in my

March 29, 2021 report to the financial data contained therein. As a result, and consistent with my understanding that KC Hopps' Cincinnati policy limits the Period of Restoration for KC Hopps' Business Income coverage to 12-months, I have supplemented my calculation and opinion of KC Hopps' Business Interruption losses from COVID-19 to include those losses KC Hopps incurred for the period December 30, 2020, through March 23, 2021. Including those losses incurred for the period December 30, 2020, through March 23, 2021 (the period for which completed financial reports were not yet available when I prepared my report dated March 29, 2021), I have calculated KC Hopps' Business Interruption losses from COVID-19 in the total amount of $2,032,721; an increase of $304,982 from my previously calculated Business Interruption losses incurred as of December 29, 2021. The methodology and other opinions reflected by and contained in my report dated March 29, 2021, remain unchanged.

**Supplemental Documentation Reviewed:**

- Periodic Profit and Loss Statements for KC Hopps Arena Promotions, LLC – 2021 fiscal period 1 through 7

- Periodic Profit and Loss Statements for KC Hopps Barley's Brewhaus, LLC– 2021 fiscal period 1 through 8

- Periodic Profit and Loss Statements for KC Hopps Blue Moose Falcon – 2021 fiscal period 1 through 8

- Periodic Profit and Loss Statements for KC Hopps Blue Moose Prairie Village – 2021 fiscal period 1 through 8

- Periodic Profit and Loss Statements for KC Hopps Blue Moose Red Bridge – 2021 fiscal period 1 through 8
- Periodic Profit and Loss Statements for KC Hopps Briarcliff Events, LLC – 2021 fiscal period 1 through 7
- Periodic Profit and Loss Statements for KC Hopps Hopps Catering, LLC – 2021 fiscal period 1 through 7
- Periodic Profit and Loss Statements for KC Hopps Hopps Management, LLC – 2021 fiscal period 1 through 8
- Periodic Profit and Loss Statements for KC Hopps O'Dowd's, LLC – 2021 fiscal period 1 through 8
- Periodic Profit and Loss Statements for KC Hopps Stroud's 135th Street – 2021 fiscal period 1 through 8

Signed September 17, 2021

_____

Kevin M. Grudzien