IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| K.C. HOPPS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 4:20-CV-437 |
| | ) | |
| vs. | ) | |
| | ) | |
| THE CINCINNATI INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S EXPERT DISCLOSURES

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, and the Scheduling Order for Jury Trial (Doc. 39), as amended by the Court's Text Order of April 14, 2021 (Doc. 60), Defendant The Cincinnati Insurance Company discloses the following persons it may use to present evidence at trial under Rules 702, 703, or 705 of the Federal Rules of Evidence:

1. David A. Schlader, CPA, CFE, CFF
   Buchanan Clarke Schlader LLP
   6 Corporate Woods
   8900 Indian Creek Parkway, Suite 400
   Overland Park, Kansas 66210
   (913) 491-0300

Mr. Schlader is expected to testify consistent with his written report, which conforms to all of the requirements of Rule 26(a)(2)(B). A copy of Mr. Schlader's report is attached.

Cincinnati reserves the right for Mr. Schlader to supplement Mr. Schlader's report and for Cincinnati to provide additional disclosure based on additional

1

information that has not yet been made available, including documents that have been requested in discovery, but not yet received.

    2.    Dr. Wayne Thomann
Director Emeritus,
Occupational and Environmental Safety
Duke University/Duke University Health Systems
2301 Erwin Rd, Durham, NC 27710
(919) 684-8111

Dr. Thomann is expected to testify consistent with his written report, which conforms to all of the requirements of Rule 26(a)(2)(B). A copy of Dr. Thomann's report is attached.

Cincinnati reserves the right for Dr. Thomann to supplement his report and for Cincinnati to provide additional disclosure based on additional information that has not yet been made available, including documents that have been requested in discovery, but not yet received.

    3.    Dr. Keith Armitage
Vice Chairman, Education, UH Cleveland Medical Center
Program Director, Internal Medicine, UH Cleveland Medical Center
Professor, CWRU School of Medicine
11100 Euclid Ave Ste 1600,
Cleveland, OH 44106
(216) 844-8500

Dr. Armitage is expected to testify consistent with his written report, which conforms to all of the requirements of Rule 26(a)(2)(B). A copy of Dr. Armitage's report is attached.

Cincinnati reserves the right for Dr. Armitage to supplement his report and for Cincinnati to provide additional disclosure based on additional information that

2
102043931.v1
Case 4:20-cv-00437-SRB   Document 209-1   Filed 10/21/21   Page 2 of 4

has not yet been made available, including documents that have been requested in discovery, but not yet received.

WALLACE SAUNDERS

BY: /s/     Michael L. Brown
Michael L. Brown     KS# 21313
Kelvin J. Fisher     KS#22014
10111 West 87th Street
Overland Park, KS 66212
(913) 888-1000 FAX - (913) 888-1065
mbrown@wallacesaunders.com
kfisher@wallacesaunders.com

AND

LITCHFIELD CAVO LLP
Daniel Litchfield     *PHV*
Ericka Hammett     *PHV*
303 West Madison Street
Suite 300
Chicago, IL 60606
(312) 781-6669 FAX (312) 781-6630
litchfield@litchfieldcavo.com
hammett@litchfieldcavo.com

ATTORNEYS FOR DEFENDANT THE CINCINNATI INSURANCE COMPANY

3

CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2021, I e-mailed Defendant's Expert Disclosures to:

John J. Schirger
Matthew W. Lytle
Miller Schirger LLC
4520 Main St., Suite 1570
Kansas City, MO 64111
jschirger@millerschirger.com
mlytle@millerschirger.com
jfeierabend@millerschirger.com

Patrick J. Stueve
Bradley T. Wilders
Curtis Shank
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
stueve@stuevesiegel.com
wilders@stuevesiegel.com
shank@stuevesiegel.com

J. Kent Emison
Langdon & Emison LLC
911 Main Street
PO Box 220
Lexington, MO 64067
kent@lelaw.com
tricia@lelaw.com

Richard F. Lombardo
Shaffer Lombardo Shurin, P.C.
2001 Wyandotte Street
Kansas City, MO 64108
rlombardo@sls-law.com

ATTORNEYS FOR PLAINTIFF

  /s/    Michael L. Brown
For the Firm