IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| K.C. HOPPS, LTD., | ) |
| Plaintiff, | ) ) ) CASE NO. 4:20-CV-437 |
| vs. | ) ) ) |
| THE CINCINNATI INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

## DECLARATION OF KEITH ARMITAGE, M.D.

I, Keith Armitage, M.D., make this Declaration upon my own personal knowledge and declare the following under penalty of perjury:

1. I am a medical doctor licensed to practice medicine in the State of Ohio. I spend more than 75% of my time in the practice of medicine and teaching. I am board certified in Internal Medicine and Infectious Diseases, and have practiced medicine for more than twenty-eight years. I am a full professor at Case Western Reserve University School of Medicine, which is located in Cleveland, Ohio. I am also the Vice Chair of the University's Department of Medicine, and regularly teach medical students, residents and fellows, including in a clinical context. In addition to being involved locally and nationally with SARS-CoV-2 education, and locally with infection control initiatives, I am involved directly with the care of many patients with Covid-19.

2. On or around October 12, 2021, I notified Cincinnati's counsel that I could have travel difficulties during the week of trial, due to my professional obligations to my patients and my hospital administration duties at the Cleveland Clinic. My responsibilities in this regard have recently heightened because of my and my department's treatment of Covid-19 patients.

1

**EXHIBIT 2**

3. Notwithstanding these obligations, I am available to testify live on October 27, 2021 between 11:00 am and 1:30 pm, CST. This window of availability is dictated by the flights that would permit me to travel to Kansas City and return to Cleveland on the same day and arise early on the 28th to perform my medical duties. There are no direct flights between Cleveland and Kansas City.

4. Alternatively, in the event that the live testimony window will not work, I am available to testify via live-video feed, *e.g.*, Zoom, *etc.*, on October 27 or at select times on October 28, 2021. My availability later in the day on October 27th, or on October 28th, would be made possible by not having to travel.

Dated: October 20, 2021

s/ *[signature]*
Keith Armitage, M.D.