# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| K.C. HOPPS, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-cv-00437-SRB |
| ) | |
| THE CINCINNATI INSURANCE COMPANY, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Plaintiff K.C. Hopps, Ltd.'s Motion to Strike and Exclude the October 19 Report of Defendant's Expert Witness David Schlader. (Doc. #208.) The motion is DENIED. Upon review of the October 19 Schlader Report and the relevant law, the Court declines to strike the report from the record. The Court reminds the parties of its prior Order instructing the parties to not reference PPP loans or similar loans or grants. (Doc. #199.) That Order is still in full effect, and as such the Court will not allow the October 19 Schalder Report to be introduced into evidence or referenced at trial. However, Defendant may use the October 19 Schalder Report as an offer of proof.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: October 22, 2021