IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| K.C. HOPPS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 4:20-CV-437 |
| | ) | |
| vs. | ) | |
| | ) | |
| THE CINCINNATI INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S NOTICE OF WITHDRAWAL OF PROPOSED JURY INSTRUCTION AND DEFENSE REGARDING LOSS OF USE EXCLUSION

Defendant The Cincinnati Insurance Company ("Cincinnati"), by and through undersigned counsel, hereby notifies the Court and Plaintiff that it withdraws its Proposed Jury Instruction No. 12 [ECF Doc. 167, p.18][1]. Further, Defendant will not assert the defense of Loss of Use Exclusion of the Subject Policy at trial.

WALLACE SAUNDERS

By /s/ Micheal L. Brown
Michael L. Brown    KS# 21313
10111 West 87th Street
Overland Park, KS 66212
(913) 888-1000 FAX - (913) 888-1065
mbrown@wallacesaunders.com

AND

---

[1] Stating, "Your verdict must be for Defendant if you believe that any alleged loss was caused by or resulted from any delay, loss of use or loss of market."

LITCHFIELD CAVO LLP

BY:
Daniel Litchfield    *PHV*
Ericka Hammett    *PHV*
303 West Madison Street
Suite 300
Chicago, IL 60606
(312) 781-6669 FAX (312) 781-6630
litchfield@litchfieldcavo.com
hammett@litchfieldcavo.com

ATTORNEYS FOR DEFENDANT THE
CINCINNATI INSURANCE COMPANY

CERTIFICATE OF SERVICE
I hereby certify that on October 23, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to:
John J. Schirger
Matthew W. Lytle
Joseph M. Feierabend
Miller Schirger LLC
4520 Main St., Suite 1570
Kansas City, MO 64111
jschirger@millerschirger.com
mlytle@millerschirger.com
jfeierabend@millerschirger.com

Patrick J. Stueve
Bradley T. Wilders
Curtis Shank
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
stueve@stuevesiegel.com
wilders@stuevesiegel.com
shank@stuevesiegel.com

J. Kent Emison
Patricia L. Campbell
Langdon & Emison LLC
911 Main Street
PO Box 220
Lexington, MO 64067
kent@lelaw.com
tricia@lelaw.com

Richard F. Lombardo
Shaffer Lombardo Shurin, P.C.
2001 Wyandotte Street
Kansas City, MO 64108
rlombardo@sls-law.com

ATTORNEYS FOR PLAINTIFF

_/s/___Michael L. Brown_____