IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| K.C. HOPPS, LTD., ) | |
| ) | |
| Plaintiff, ) | CASE NO. 4:20-CV-437 |
| ) | |
| vs. ) | |
| ) | |
| THE CINCINNATI INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

# DEFENDANT'S SECOND ADDITIONAL PROPOSED JURY INSTRUCTIONS

WALLACE SAUNDERS

By: */s/ Michael L. Brown*
Michael L. Brown    KS# 21313
10111 West 87th Street
Overland Park, KS 66212
(913) 888-1000 FAX - (913) 888-1065
mbrown@wallacesaunders.com

AND

LITCHFIELD CAVO LLP

Daniel Litchfield    PHV
Ericka Hammett    PHV
303 West Madison Street
Suite 300
Chicago, IL 60606
(312) 781-6669 FAX (312) 781-6630
litchfield@litchfieldcavo.com
hammett@litchfieldcavo.com

ATTORNEYS FOR DEFENDANT THE
CINCINNATI INSURANCE COMPANY

CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to:

John J. Schirger
Matthew W. Lytle
Joseph M. Feierabend
Miller Schirger LLC
4520 Main St., Suite 1570
Kansas City, MO 64111
jschirger@millerschirger.com
mlytle@millerschirger.com
jfeierabend@millerschirger.com

Patrick J. Stueve
Bradley T. Wilders
Curtis Shank
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
stueve@stuevesiegel.com
wilders@stuevesiegel.com
shank@stuevesiegel.com

J. Kent Emison
Patricia L. Campbell
Langdon & Emison LLC
911 Main Street
PO Box 220
Lexington, MO 64067
kent@lelaw.com
tricia@lelaw.com

Richard F. Lombardo
Shaffer Lombardo Shurin, P.C.
2001 Wyandotte Street
Kansas City, MO 64108
rlombardo@sls-law.com

ATTORNEYS FOR PLAINTIFF

*/s/ Michael L. Brown*

INSTRUCTION NO. _____(Defendant's Instruction No. 6B)

(VERDICT DIRECTOR – BREACH OF CONTRACT )

Your verdict must be for Plaintiff if you believe:

First, Defendant issued to Plaintiff a commercial property insurance policy bearing Policy No. EPP 012 40 51 / EBA 012 40 51, for the coverage period from January 25, 2020, through January 25, 2023.

Second, the policy was in force on the date of any direct physical loss or direct physical damage to property at one or more of Plaintiff's premises.

Third, Plaintiff suffered direct physical loss or direct physical damage to property at one or more of the premises involved here, caused by SARS-CoV-2.

Fourth, Plaintiff suffered actual loss of Business Income due to the necessary "suspension" of Plaintiff's operations during a period of restoration;

Fifth, The "suspension" was caused by direct physical loss or direct physical damage to property at "premises" which are described in the Declarations and for which a "Business Income" Limit of Insurance is shown in the Declarations: and

Sixth, Defendant was in breach of contract by refusing coverage.

This proposed instruction is [is not] agreed upon by the parties.

*Oral Surgeons, P.C. v. Cincinnati Ins. Co.*, 2 F.4th 1141, 1144 (8th Cir. 2021);
*Santo's Italian Café LLC v. Acuity Ins. Co.*, No. 21-3068, 2021 U.S. App. LEXIS 28720, at *10 (6th Cir. Sep. 22, 2021);
*Promotional Headwear Int'l v. Cincinnati Ins. Co.*, 504 F. Supp. 3d 1191, 1203 (D. Kan. 2020);
Mo. Approved Jury Instr. (Civil) 31.09 (8th ed);
The insurance policy; and
P.I.K.4th 124.01A.