IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| K.C. HOPPS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | Date: October 28, 2021 |
| | ) | |
| vs. | ) | Case No. 20-cv-00437-SRB |
| | ) | |
| THE CINCINNATI INSURANCE COMPANY, INC., | ) | Day Four |
| | ) | |
| Defendant. | ) | |

MINUTES OF JURY TRIAL

HONORABLE Stephen R. Bough presiding at Kansas City, Missouri.

===========================================================================

Nature of Proceeding: Civil Jury Trial
Time Commenced: 8:03 a.m.   Time Terminated: 2:26 p.m.
**Plaintiff:** Matthew Lytle, Bradley Wilders   **Defendant:** Daniel Litchfield
John Schirger and Patrick Stueve   Ericka Hammett and Michael Brown

| Remarks: | Witness Testifying |
|---|---|
| Court in session. Counsel and parties present. Court takes up matters outside the presence of the jury. Court holds instruction conference 8:03 a.m. Court denies defendant's Motion for Judgement as a Matter of Law (Doc. #230) for reasons stated on the record. Court is in recess 8:48 a.m. Counsel and parties present. Jury is seated. Cross examination of Wayne Thomann resumes at 9:01 a.m. Redirect examination begins at 9:13 a.m. Recross examination begins at 9:31 a.m. Redirect examination begins at 9:38 a.m. Witness excused at 9:39 a.m. Defendant rests at 9:39 a.m. Jury is in recess at 9:40 a.m. Counsel and parties present. Court takes up matters outside the presence of the jury. Plaintiff presents argument regarding their Motion for Judgment as a Matter of Law (Doc. #234) at 9:45 a.m. Court denies the motion for the reasons stated on the record. Defendant presents argument regarding their Motion for Judgment as a Matter of Law at the Close of all Evidence (Doc. #235) at 9:51 a.m. Court denies the motion for the reasons stated on the record. Court is in recess at 9:53 a.m. Counsel and parties present. Jury returns to the courtroom at 10:32 a.m. Court reads final instructions at 10:34 a.m. Plaintiff begins closing arguments at 10:53 a.m. Defendant begins closing arguments at 11:39 a.m. Plaintiff begins rebuttal arguments at 12:39 p.m. Court is in recess 12:50 p.m. Jury begins deliberations at 12:58 p.m. Court in session at 1:30 p.m. Counsel and parties present. Court receives four questions from the Jury requesting exhibits, the Court responds in writing and provides the requested exhibits. Court in recess at 1:38 p.m. Court in session at 2:43 p.m. Counsel and parties present. Jury announces that they have reached a verdict. Jury finds in favor of the defendant. Court polls the jury. Jury is released. Court is in recess at 2:46 p.m. | Wayne Thomann<br>9:01 a.m. – 9:13 a.m.<br>9:13 a.m. – 9:31 a.m.<br>9:31 a.m. – 9:38 a.m.<br>9:38 a.m. – 9:39 a.m. |

Court Reporter: Gayle Wambolt                Courtroom Deputy: Tracey Richard