UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

_____ DIVISION

K.C. Hopps, LTD.

vs.

The Cincinnati Insurance Company

Action Number
4:20-CV-437

Defendant's EXHIBIT INDEX

| | | |
|---|---|---|
| ✓ = offered & admitted w/o objection<br>Ex = offered, but objected to and excluded<br>DB = admitted, de bene | | Ltd = admitted for limited purposes<br>X = offered & admitted over objection<br>NO = marked, but not offered<br>WD = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 301 | Ltd | 10/27/21 | 5:16 | Cincinnati Insurance Policy |
| 302 | | | | Blue Moose, LC 2019 tax returns |
| 303 | | | | Blue Moose, LC 2020 tax returns |
| 304 | | | | KC Hopps, Ltd. 2019 Form 8879 & tax returns |
| 305 | | | | KC Hopps, Ltd 2020 Form 8879 and tax returns |
| 306 | | | | O'Dowd's, LLC 2019 tax returns |
| 307 | | | | O'Dowd's, LLC 2020 tax returns |
| 308 | | | | South East KC Restaurant Co., LLC 2019 tax returns |
| 309 | | | | South East KC Restaurant Co., LLC 2020 tax returns |
| 310 | | | | Notice of PPP Forgiveness Payment for Arena Promotions, LLC |
| 311 | | | | Notice of PPP Forgiveness Payment for Barley's Brewhaus, LLC |
| 312 | | | | Notice of PPP Forgiveness Payment for Barley's, LTD |
| 313 | | | | Notice of PPP Forgiveness Payment for Briarcliff Events, LLC |
| 314 | | | | Notice of PPP Forgiveness for Hopps Catering, LLC |

Page # _____ I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_____  _____ Name
Signature

:exhibin.int

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 315 | | | | Notice of PPP Forgiveness Payment for O'Dowd's, LLC |
| 316 | | | | Notice of PPP Forgiveness Payment for Pan Fried 2, LLC |
| 317 | | | | Notice of PPP Forgiveness Payment for South East KC Restaurant Co., LLC |
| 318 | | | | Notice of PPP Forgiveness Payment for Falcon Ridge Restaurant, LLC |
| 319 | | | | Notice of PPP Forgiveness Payment for Hopps Management Co., LLC |
| 320 | | | | PPP Application Forms for Arena Promotions, LLC |
| 321 | | | | PPP Application Forms for Barley's Brewhaus, LLC |
| 322 | | | | PPP Application Forms for Barley's Ltd |
| 323 | | | | PPP Application Forms for Blue Moose, LC |
| 324 | | | | PPP Application Forms for Briarcliff Events, LLC |
| 325 | | | | PPP Application Forms for Falcon Ridge Restaurant, LLC |
| 326 | | | | PPP Application Forms for Hopps Catering, LLC |
| 327 | | | | PPP Application Forms for Hopps Management, LLC |
| 328 | | | | PPP Application Forms for O'Dowd's LLC |
| 329 | | | | PPP Application Forms for Pan Fried 2, LLC |
| 330 | | | | PPP Application Forms for South East KC Restaurant Co., LLC |
| 331 | Ltd | 10/27/21 | 5:16 | First Amended Complaint and Demand for Jury Trial |
| 332 | | | | United States Executive Order introduced as Exhibit 5 in the deposition of Ed Nelson |
| 333 | | | | Kansas Executive Orders introduced as Exhibit 5 in the deposition of Ed Nelson |
| 334 | | | | Johnson County, KS Orders introduced as Exhibit 5 in the deposition of Ed Nelson |
| 335 | | | | Missouri Executive Orders introduced as Exhibit 5 in the deposition of Ed Nelson |
| 336 | | | | Jackson County, MO Executive Orders introduced as Exhibit 5 in the deposition of Ed Nelson |
| 337 | | | | Kansas City, MO Orders introduced as Exhibit 5 in the deposition of Ed Nelson |
| 338 | Ltd | | 5:16 | Plaintiff's Answers and Objections to Defendant's Interrogatories |
| 339 | | | | Restaurant Signage |
| 340 | | | | Acord Property Loss notice dated March 24, 2020 |
| 341 | | | | Letter from Ryan Clark to KC Hopps dated April 1, 2020 |
| 342 | | | | Letter from Neil Jones to KC Hopps dated May 15, 2020 |
| 343 | | | | Emails from Karen Lore to Douglas Tuke dated January 24, 2020 |
| 344 | | | | Emails from JR Reilly to Douglas Tuke dated December 3, 2019 |
| 345 | | | | Emails from Bobbie Genail to Darrin Lygrisse dated April 20, 2020 |

;exhibin.int

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 346 | | | | Letter from Cincinnati to KC Hopps dated August 7, 2020 |
| 347 | Ltd | 10/27/21 | 5:16 | Petition in State of MO, ex rel O'Dowd's, LLC d/b/a Gastrobar v. Quinton Lucas in his official capacity as Mayor of KC |
| 348 | | | | Pyxis Group memo dated March 16, 2021 |
| 349 | | | | Pyxis Group memo dated March 18, 2021 |
| 350 | | | | Emails from JR Reilly to Karen Lore dated December 8, 2020 |
| 351 | | | | KC Hopps insurance packet prepared by The Reilly Company |
| 352 | | | | Email from JR Reilly to Ed Nelson dated March 11, 2020 |
| 353 | | | | Emails between JR Reilly and Kent Ravencraft dated May 5, 2020 |
| 354 | | | | Email from JR Reilly to Karen Lore dated October 31, 2020 |
| 355 | | | | Emails from JR Reilly to Karen Lore dated November 29, 2020 |
| 356 | | | | JR Reilly Spreadsheet |
| 357 | | | | KC Hopps, LTD Business Income Worksheet Actual Loss Sustained Coverage |
| 358 | | | | Email from JR Reilly to Tammy Wagner dated June 20, 2020 |
| 359 | | | | Letter from Cincinnati to KC Hopps, Ltd. dated June 29, 2020 |
| 360 | | | | Emails from JR Reilly to Ryan Clark dated June 30, 2020 |
| 361 | | | | Emails from JR Reilly to Ryan Clark dated August 25, 2020 |
| 362 | | | | Emails from JR Reilly to Tammy Wagner dated March 24, 2020 |
| 363 | | | | Emails from JR Reilly to Karen Lore dated March 31, 2020 |
| 364 | ✓ | 10/27/21 | 11:35 | February 11, 2021 Invoice of Kevin Grudzien/Pyxis Group |
| 365 | ✓ | " | 11:36 | March 10, 2021 Invoice of Kevin Grudzien/Pyxis Group |
| 366 | ✓ | " | 11:37 | April 9, 2021 Invoice of Kevin Grudzien/Pyxis Group |
| 367 | ✓ | " | 11:39 | December 3, 2020 Letter from Kevin Grudzien to Patrick Stueve |
| 368 | | | | Kevin Grudzien Notes |
| 369 | | | | Pyxis Group Memo re: Non-continuing Expenses |
| 370 | | | | Pyxis Group Memo re: 1/8/2021 call/meeting |
| 371 | | | | Pyxis Group Memo re: 3/16/2021 call/meeting |
| 372 | | | | Pyxis Group Memo re: 3/18/2021 call/meeting |
| 373 | | | | Kevin Grudzien LinkedIn post dated May 20, 2021 |
| 374 | Ltd | 10/27/21 | 5:16 | Arena Promotions Balance Sheet |
| 375 | Ltd | " | " | Cares Act Small Business Grant Program Overhead Spreadsheets |
| 376 | Ltd | " | " | Barleys - Midland Balance Sheet |

Case number: _____  Continuation  
EXHIBIT INDEX  
Page # 4

Case number: _____  Continuation  
**EXHIBIT INDEX**   Page # 4

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 377 | Ltd | 10/27/21 | 5:16 | Blue Moose - Falcon Ridge Balance Sheet |
| 378 | Ltd | " | " | Blue Moose - Prairie Village Balance Sheet |
| 379 | Ltd | " | " | Blue Moose - Red Bridge Balance Sheet |
| 380 | Ltd | " | " | Briarcliff Events Balance Sheet |
| 381 | Ltd | " | " | Hopps Catering Balance Sheet |
| 382 | ✓ | 10/27/21 | 12:24 | Hopps Management Balance Sheet |
| 383 | Ltd | 10/27/21 | 5:16 | O'Dowd's Plaza Balance Sheet |
| 384 | Ltd | " | " | Strouds - 135th Balance Sheet |
| 385 | | | | Expert bill of Alexander Klibanov |
| 386 | | | | Transcript of deposition of Alexander Klibanov |
| 387 | | | | Transcript of deposition of Chad Dowdy |
| 388 | | | | Transcript of deposition of Darrin Lygrisse |
| 389 | Ltd | 10/26/21 | 1:00 | Transcript of deposition of Ed Nelson |
| 390 | | | | Transcript of deposition of J.R. Reilly |
| 391 | | | | Transcript of deposition of Kevin Grudzien |
| 392 | Ltd | 10/27/21 | 5:17 | Transcript of deposition of Kevin O'Brien |
| 393 | | | | Transcript of deposition of Laura De Kam |
| 394 | | | | Transcript of deposition of Marc Goodman with Exhibits dated 6/1/21 |
| 395 | Ltd | 10/27/21 | 5:01 | Expert reports of David Schlader dated 4/30/21 and 5/26/21 |
| 396 | | | | Expert report of Keith Armitage, M.D. |
| 397 | | | | Claim notes labeled CIC000001-18 |
| 398 | | | | Correspondence from Cincinnati to KC Hopps dated May 15, 2020 labeled CIC000061-68 |
| 399 | | | | Correspondence from Cincinnati to KC Hopps dated April 10, 2020 labeled CIC000069 |
| 400 | | | | Correspondence from Cincinnati to KC Hopps dated April 1, 2020 labeled CIC000093-101 |
| 401 | | | | Emails between Cincinnati and KC Hopps labeled REI 896-898 |
| 402 | | | | Dr. Wayne Thomann Deposition Exhibit 1 (Report) |
| 403 | ✓ | 10/27/21 | 3:14 | Dr. Wayne Thomann Deposition Exhibit 2 (CV) |
| 404 | Ltd | 10/27/21 | 5:01 | Supplemental Expert Report of David Schlader |
| 405 | Ltd | 10/27/21 | 5:01 | AICPA Letter March 15, 2021 |