# VERDICT FORM A

Note: Complete this form by writing in the name required by your verdict.

On the claim of plaintiff K.C. Hopps, Ltd. for breach of contract against defendant The Cincinnati Insurance Company, Inc., concerning O'Dowd's, LLC, a Missouri limited liability company, d/b/a O'Dowd's Gastrobar, 4742 Pennsylvania Avenue, Kansas City, MO 64112, we the jurors, find in favor of:

_Defendant The Cincinnati Insurance Company, Inc._

Plaintiff K.C. Hopps, Ltd.    or    Defendant The Cincinnati Insurance Company, Inc.

Note: Complete the following paragraph only if the above finding is in favor of plaintiff K.C. Hopps, Ltd.

We, the jurors, assess the damages of plaintiff K.C. Hopps, Ltd. at:

$_____ (stating the amount).


_____
(Signature of Jury Foreperson)

## VERDICT FORM B

Note: Complete this form by writing in the name required by your verdict.

On the claim of plaintiff K.C. Hopps, Ltd. for breach of contract against defendant The Cincinnati Insurance Company, Inc., concerning Briarcliff Events, LLC, a Missouri limited liability company, d/b/a The View at Briarcliff Event Space, 4000 N Mulberry Drive, Kansas City, MO 64116, we the jurors, find in favor of:

_____Defendant The Cincinnati Insurance Company, Inc._____

Plaintiff K.C. Hopps, Ltd.   or   Defendant The Cincinnati Insurance Company, Inc.

Note: Complete the following paragraph only if the above finding is in favor of plaintiff K.C. Hopps, Ltd.

We, the jurors, assess the damages of plaintiff K.C. Hopps, Ltd. at:

$_____ (stating the amount).

_____[signature]_____
(Signature of Jury Foreperson)

## VERDICT FORM C

Note: Complete this form by writing in the name required by your verdict.

On the claim of plaintiff K.C. Hopps, Ltd. for breach of contract against defendant The Cincinnati Insurance Company, Inc., concerning Arena Promotions, LLC, a Missouri limited liability, 1800 Genessee Street, Kansas City, MO 64102, we the jurors, find in favor of:

_Defendant The Cininnati Insurance Company, Inc._

Plaintiff K.C. Hopps, Ltd.    or    Defendant The Cincinnati Insurance Company, Inc.

Note: Complete the following paragraph only if the above finding is in favor of plaintiff K.C. Hopps, Ltd.

We, the jurors, assess the damages of plaintiff K.C. Hopps, Ltd. at:

$_____ (stating the amount).


_Luiji anne Jong_
(Signature of Jury Foreperson)

## VERDICT FORM D

Note: Complete this form by writing in the name required by your verdict.

On the claim of plaintiff K.C. Hopps, Ltd. for breach of contract against defendant The Cincinnati Insurance Company, Inc., concerning Southeast KC Restaurant Co., LLC, a Missouri limited liability company, d/b/a Blue Moose Bar & Grill, Red Bridge, 11134 Holmes Road, Kansas City, MO 64131, we the jurors, find in favor of:

_Defendant The Cininnati Insurance Company, INC._

Plaintiff K.C. Hopps, Ltd.   or   Defendant The Cincinnati Insurance Company, Inc.

Note: Complete the following paragraph only if the above finding is in favor of plaintiff K.C. Hopps, Ltd.

We, the jurors, assess the damages of plaintiff K.C. Hopps, Ltd. at:

$_____ (stating the amount).


_____
(Signature of Jury Foreperson)

## VERDICT FORM E

Note: Complete this form by writing in the name required by your verdict.

On the claim of plaintiff K.C. Hopps, Ltd. for breach of contract against defendant The Cincinnati Insurance Company, Inc., concerning Blue Moose, LLC, a Kansas limited liability company, d/b/a Blue Moose Bar & Grill, Prairie Village, 4160 W 71st Street, Prairie Village, KS 66208, we the jurors, find in favor of:

_Defendant The Cinicnnati Insurance Company, Inc._

Plaintiff K.C. Hopps, Ltd.     or     Defendant The Cincinnati Insurance Company, Inc.

Note: Complete the following paragraph only if the above finding is in favor of plaintiff K.C. Hopps, Ltd.

We, the jurors, assess the damages of plaintiff K.C. Hopps, Ltd. at:

$_____ (stating the amount).

_____
(Signature of Jury Foreperson)

## VERDICT FORM F

Note: Complete this form by writing in the name required by your verdict.

On the claim of plaintiff K.C. Hopps, Ltd. for breach of contract against defendant The Cincinnati Insurance Company, Inc., concerning Barley's Brewhaus, LLC, a Kansas limited liability company, d/b/a Barley's Brewhaus, 16649 Midland Drive, Shawnee, KS 66217, we the jurors, find in favor of:

___Defendant The Cincinnati Insurance Company, Inc.___

Plaintiff K.C. Hopps, Ltd.    or    Defendant The Cincinnati Insurance Company, Inc.

Note: Complete the following paragraph only if the above finding is in favor of plaintiff K.C. Hopps, Ltd.

We, the jurors, assess the damages of plaintiff K.C. Hopps, Ltd. at:

$_____ (stating the amount).

_____
(Signature of Jury Foreperson)

## VERDICT FORM G

Note: Complete this form by writing in the name required by your verdict.

On the claim of plaintiff K.C. Hopps, Ltd. for breach of contract against defendant The Cincinnati Insurance Company, Inc., concerning Falcon Ridge Restaurant, LLC, a Kansas limited liability company, d/b/a Blue Moose Bar & Grill, Lenexa, 10064 Woodland Road, Lenexa, KS 66220, we the jurors, find in favor of:

__Defendant The Cincinnati Insurance Company, INC.__

Plaintiff K.C. Hopps, Ltd.   or   Defendant The Cincinnati Insurance Company, Inc.

Note: Complete the following paragraph only if the above finding is in favor of plaintiff K.C. Hopps, Ltd.

We, the jurors, assess the damages of plaintiff K.C. Hopps, Ltd. at:

$_____ (stating the amount).


_____
(Signature of Jury Foreperson)

## VERDICT FORM H

Note: Complete this form by writing in the name required by your verdict.

On the claim of plaintiff K.C. Hopps, Ltd. for breach of contract against defendant The Cincinnati Insurance Company, Inc., concerning Hopps Catering, LLC, a Kansas limited liability company, d/b/a Relish Classic Catering and Moose Truck food truck, 9112 Cody Street, Overland Park, KS 66214, we the jurors, find in favor of:

_Defendant The Cincinnati Insurance Company, Inc._

Plaintiff K.C. Hopps, Ltd.   or   Defendant The Cincinnati Insurance Company, Inc.

Note: Complete the following paragraph only if the above finding is in favor of plaintiff K.C. Hopps, Ltd.

We, the jurors, assess the damages of plaintiff K.C. Hopps, Ltd. at:

$_____ (stating the amount).


_____
(Signature of Jury Foreperson)

# VERDICT FORM I

Note: Complete this form by writing in the name required by your verdict.

On the claim of plaintiff K.C. Hopps, Ltd. for breach of contract against defendant The Cincinnati Insurance Company, Inc., concerning Pan Fried 2, LLC, a Kansas limited liability company, d/b/a Stroud's Overland Park, 8301 W 135th Street, Overland Park, KS 66223, we the jurors, find in favor of:

__Defendant The Cinicinnati Insurance Company, INC.__

Plaintiff K.C. Hopps, Ltd.   or   Defendant The Cincinnati Insurance Company, Inc.

Note: Complete the following paragraph only if the above finding is in favor of plaintiff K.C. Hopps, Ltd.

We, the jurors, assess the damages of plaintiff K.C. Hopps, Ltd. at:

$_____ (stating the amount).

_____
(Signature of Jury Foreperson)

## VERDICT FORM J

Note: Complete this form by writing in the name required by your verdict.

On the claim of plaintiff K.C. Hopps, Ltd. for breach of contract against defendant The Cincinnati Insurance Company, Inc., concerning Hopps Management Co., LLC, we the jurors, find in favor of:

__Defendant The Cincinnati Insurance Company, Inc.__

Plaintiff K.C. Hopps, Ltd.    or    Defendant The Cincinnati Insurance Company, Inc.

Note: Complete the following paragraph only if the above finding is in favor of plaintiff K.C. Hopps, Ltd.

We, the jurors, assess the damages of plaintiff K.C. Hopps, Ltd. at:

$ _____ (stating the amount).

_Leigh Anne Jones_
(Signature of Jury Foreperson)