IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

**JUDGMENT IN A CIVIL CASE**

| | |
|---|---|
| K.C. HOPPS, LTD. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 20-cv-00437-SRB |
| v. ) | |
| ) | |
| THE CINCINNATI INSURANCE ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

__X__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** to the verdict returned on October 28, 2021, that the jury finds:

In favor of the Defendant The Cincinnati Insurance Company, Inc.

| | |
|---|---|
| October 28, 2021 | Paige Wymore-Wynn |
| Date | Clerk of Court |
| | |
| | /s/ Tracey L. Richard |
| | (by) Deputy Clerk |