IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

K.C. Hopps, Ltd. v. The Cincinnati Insurance Company, Inc.
**Case Name**

20-00437-CV-W-SRB
Case Number

JURY'S QUESTION OR REQUEST

The jury has the following question:

Can we have ~~[struck out]~~ the lost business income report/calculation done by the accountant?

Date: 10-28-21
Time: 1:21 pm
By: Lieyn anne Jones

Response from the Court:

SEE #256

Judge Stephen R. Bough, U.S. District Court

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

K.C. Hopps, Ltd. v. The Cincinnati Insurance Company, Inc.
**Case Name**

20-00437-CV-W-SRB
Case Number

JURY'S QUESTION OR REQUEST

The jury has the following question:

Can we have Exhibit 250?

Date: 10-28-21
Time: 1:19 pm

By: Leigh Anne Jones

Response from the Court:

SEE #250

Judge Stephen R. Bough, U.S. District Court

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

K.C. Hopps, Ltd. v. The Cincinnati Insurance Company, Inc.
**Case Name**

20-00437-CV-W-SRB
Case Number

JURY'S QUESTION OR REQUEST

The jury has the following question:

Can we have the insurance policy?

Date: 10-28-21
Time: 1:17 pm

By: Leyjn anne Joney

Response from the Court:

SEE #234A

Judge Stephen R. Bough, U.S. District Court

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

K.C. Hopps, Ltd. v. The Cincinnati Insurance Company, Inc.
**Case Name**

20-00437-CV-W-SRB
Case Number

JURY'S QUESTION OR REQUEST

The jury has the following question:

Can we have the timeline chart that showed the ordinances, the closures, the filing of the claim, etc.?

Date: 10-28-21
Time: 1:25pm

By: Leigh anne Jones

Response from the Court:

No. That is an exhibit used only for demonstrative purposes. You will have to recall the testimony.

Judge Stephen R. Bough, U.S. District Court