IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| K.C. HOPPS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE CINCINNATI INSURANCE COMPANY, <br><br> Defendant. | Case No. 4:20-cv-437-SRB |

## PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Plaintiff, by and through its undersigned counsel, move the Court for leave to exceed the page limitations set forth in Local Rule 7.0(d) with respect to its Motion for New Trial. In support of this motion, Plaintiff states the following:

1. Plaintiff must file any Motion for New Trial on or before Friday, November 26, 2021.

2. Under Local Rule 7.0(d), suggestions in support of a motion may not exceed 15 pages, unless the Court orders otherwise.

3. Plaintiff seeks leave to file supporting suggestions that are 35 pages, inclusive of facts and exclusive of exhibits, signature blocks, certificates of service, table of contents, table of authorities, and index of exhibits.

4. Plaintiff respectfully submits that the additional pages are necessary for the following reasons. First, they will allow Plaintiff to adequately brief the Court on the factual and legal issues raised concerning the Court's pretrial evidentiary rulings, the exclusions under the Policy, voir dire, jury instructions, evidence presented at trial, and the jury's verdict. Second, the pages are necessary to permit Plaintiff to preserve its arguments for appeal. Plaintiff believes that additional pages are necessary to fully address these

legal issues, especially considering the stage of this litigation, and to preserve their arguments for appeal.

5. On November 22, 2021, Plaintiff inquired as to Defendant's position on this request. Defendant has not yet provided its position.

WHEREFORE, for the reasons stated herein, Plaintiff respectfully requests this Court's leave to exceed the page limitations set forth in Local Rule 7.0(d) and file suggestions in support of its Motion for New Trial that are 35 pages, inclusive of facts and exclusive of exhibits, signature blocks, certificates of service, table of contents, table of authorities and index of exhibits.


Dated: November 22, 2021                    Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

*s/ Patrick J. Stueve*
Patrick J. Stueve, MO #37682
Bradley T. Wilders, MO #60444
Abby E. McClellan, MO Bar # 66069
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:    816-714-7100
Facsimile:    816-714-7101
Email:        stueve@stuevesiegel.com
Email:        wilders@stuevesiegel.com

**MILLER SCHIRGER LLC**
John J. Schirger, MO # 60583
Matthew W. Lytle, MO #59145
Joseph M. Feierabend, MO #62563
4520 Main Street, Suite 1570
Kansas City, MO 64111
Telephone:    (816) 561-6500
Facsimile:    (816) 561-6501
Email: jschirger@millerschirger.com
Email: mlytle@millerschirger.com
Email: jfeierabend@millerschirger.com

**LANGDON & EMISON LLC**
J. Kent Emison, MO #29721
911 Main Street
PO Box 220
Lexington, Missouri 64067
Telephone:	(660) 259-6175
Facsimile:	(660) 259-4571
Email:	kent@lelaw.com

**SHAFFER LOMBARDO SHURIN, P.C.**
Richard F. Lombardo, MO# 29748
2001 Wyandotte Street
Kansas City, MO 64108
Telephone:	816-931-0500
Facsimile:	816-931-5775
Email:	rlombardo@sls-law.com

*Attorneys for Plaintiff*