# EXHIBIT B

# EMERGENCY ORDER OF LOCAL HEALTH OFFICER

\*\*\*\*\*\*

Emergency Public Health Order issued on this 16th day of March 2020 to mitigate the spread of the Coronavirus (COVID-19) epidemic in Johnson County, Kansas, pursuant to the authority provided in K.S.A. 65-119 and K.S.A. 65-129b and other applicable laws or regulations.

\*\*\*\*\*\*

WHEREAS, the Local Health Officer is authorized and required, pursuant to K.S.A. 65-119 and K.S.A. 65-129b to immediately exercise and maintain a supervision over known or suspected cases of any infectious or contagious disease during its continuance, and to issue orders seeing that all such cases are properly handled and that the provisions of the Kansas public health laws as to isolation, quarantine and disinfection are duly enforced; and

WHEREAS, the Local Health Officer is appointed by the Board of County Commissioners and is authorized to prohibit public gatherings when necessary for the control of any and all infectious or contagious diseases, pursuant to K.S.A. 65-129b; and

WHEREAS on the 13th day of March 2020, the Chairman of the Board of County Commissioners of Johnson County, Kansas found that a disaster had occurred, or the threat thereof was imminent within Johnson County, Kansas as a result of the Coronavirus pandemic (COVID-19) and the confirmed outbreak and person-to-person spread of COVID-19 in the United States, Kansas and Johnson County; and

WHEREAS, COVID-19, a respiratory disease that spreads easily from person to person and may result in serious illness or death, has been confirmed in Kansas and in Johnson County, resulting in serious illness and at least one death to date in Kansas; and

WHEREAS, such conditions endanger health, safety and welfare of persons and property within the border of Johnson County, Kansas; and

WHEREAS, to reduce spread of COVID-19, the United States Centers for Disease Control and Prevention (CDC), the Kansas Department of Health and Environment (KDHE) and the Johnson County Local Health Officer, all recommend implementation of community mitigation strategies to increase containment of the virus, including cancellation of large gatherings and social distancing in smaller gatherings; and

WHEREAS, the worldwide outbreak of COVID-19 and the resulting epidemic in Kansas and Johnson County continue to threaten the life and health of our citizens and visitors as well as the economy and remains a public disaster affecting life, health, property and the public peace.

NOW, THEREFORE, BE IT ORDERED by the Local Health Officer, pursuant to the above authorities, that:

Plaintiff Ex
**52A**

Case 4:20-cv-00437-SRB   Document 257-2   Filed 11/24/21   Page 2 of 3

1. All large public gatherings of people in the County are prohibited. Large public gatherings are those with more than ten (10) people in attendance or anticipated to attend, both indoor and outdoor, except for governmental and judicial functions, healthcare facilities, private business operations, religious and faith-based activities, weddings and funerals. A "gathering" does not include normal operations at spaces where persons may be in transit or coming and going individually or in groups of less than ten (10) persons. For all gatherings of people, the health officer strongly encourages everyone to follow the guidance provided by the Centers for Disease Control and Prevention (CDC), federal, state and local public health officials and private medical providers.

2. All restaurants, dining facilities, bars, taverns, clubs and movie theatres in Johnson County, Kansas are hereby ordered closed to the public effective at 12:01 a.m. on March 17, 2020 until 12:01 a.m. on April 1, 2020, except that any such establishment may continue to provide carryout, drive-through and delivery food and beverage services. In all areas, establishments must follow the guidance provided by the Centers for Disease Control and Prevention (CDC), federal, state and local public health officials for social distancing and infection control measures.

3. This Order may be supplemented or modified as required for the effective and efficient management and control of the Coronavirus epidemic in the County by further order or direction of the Johnson County Board of Public Health or by the Johnson County Local Health Officer.

IT IS SO ORDERED THIS 16TH DAY OF MARCH, 2020

Dr. Joseph LeMaster
Local Health Officer
Johnson County, Kansas