# EXHIBIT D

```
 1        IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF MISSOURI
 2                  WESTERN DIVISION

 3   K.C. HOPPS, LTD.,

 4               Plaintiff,

 5          vs.           Case No. 4:20-cv-00437-SRB

 6   THE CINCINNATI INSURANCE
     COMPANY, INC.,
 7
                 Defendant.
 8

 9               AUDIO TRANSCRIPTION
           30(b)(6) DEPOSITION OF TONY HENN
10         Taken on behalf of the Plaintiff

11               June 15, 2021

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334
Case 4:20-cv-00437-SRB   Document 257-4   Filed 11/24/21   Page 2 of 19

1          Q     Did you speak -- did you talk about

2     anything else other than the virus exclusion in

3     the state of Massachusetts?

4          A     No.

5          Q     And what did Mr. Huberty have to say

6     about the virus exclusion in the state of

7     Massachusetts?

8          A     Well, he just filled me in on current

9     circumstances with the virus exclusion in the

10    state of Massachusetts.

11         Q     And did he -- specifically why

12    Cincinnati includes a virus exclusion in policies

13    it writes on property in the state of

14    Massachusetts?

15         A     Yes.

16         Q     And what did he tell you is the reason

17    why Cincinnati includes virus exclusions in

18    commercial property policies it writes in the

19    state of Massachusetts?

20         A     Well, this is a bit of a story.  So

21    the state of Massachusetts was an inactive state.

22         Q     Excuse me, was an active or an

23    inactive state?

24         A     It was an inactive state for us.  And

25    as an inactive state, we have ISO file on our

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334
Case 4:20-cv-00437-SRB   Document 257-4   Filed 11/24/21   Page 3 of 19

1    it fair to say?

2                    MR. LITCHFIELD:  Objection, form.

3         Q    (By Mr. Shank) If you know.

4         A    I don't know specifically when we were

5    active of it in the state, but it would have been

6    at least 2018 and possibly not until later.

7         Q    Before Cincinnati -- excuse me.

8         Before Massachusetts became an active

9    state for Cincinnati, Cincinnati included a virus

10   exclusion in commercial property policies it

11   wrote for properties located in Massachusetts; is

12   that right?

13        A    That would be correct.

14        Q    And after Massachusetts became an

15   active state, Cincinnati continued to include the

16   virus exclusion in policies covering property

17   headquartered in Massachusetts; is that correct?

18        A    Due to an analyst's mistake, yes.

19        Q    Does Cincinnati still include a virus

20   exclusion in policies it writes for properties

21   located in Massachusetts?

22        A    It does.

23        Q    So to this day Cincinnati continues to

24   include a virus exclusion in policies covering

25   property located in Massachusetts?

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334
Case 4:20-cv-00437-SRB   Document 257-4   Filed 11/24/21   Page 4 of 19

```
 1    supplementation that Cincinnati intends to make at

 2    this time?

 3                  MR. LITCHFIELD:  It is.

 4          Q    (By Mr. Shank) Mr. Henn, did you

 5    review any other documents in preparation for

 6    topic numbers 14 and 15 today besides this

 7    Interrogatory response?

 8          A    No.  Oh, I apologize.  That's not

 9    correct.  I did look at the email -- well, that

10    would have been part of the Interrogatory, so

11    yeah, those two things, this document and that

12    email.

13          Q    Right, okay, yeah.  And I understand

14    what your -- what you mean, and we'll look at that

15    email here, here shortly.

16          So, so just to be clear, so in preparation

17    for topic numbers 14 and 15 having to do with

18    Cincinnati's consideration of the 2006 ISO virus

19    exclusion or any other virus exclusion, you

20    reviewed this supplemental Interrogatory response

21    and a September 22nd, 2006, email, and that's it?

22          A    That's correct.

23          Q    So let's look at this Interrogatory.

24    So Supplemental Interrogatory No. 6, State whether

25    you considered, evaluated or investigated whether
```

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334
Case 4:20-cv-00437-SRB   Document 257-4   Filed 11/24/21   Page 5 of 19

1      to alter, amend, or otherwise change the language

2      of the policy to include an exclusion of, or other

3      limitation to, coverage for losses related to

4      viruses or pandemics, whether by endorsement or

5      otherwise, at any time from 2006 through the

6      present.

7            Did I read that correctly?

8      A    Yes.

9            Q    And you understand that when it says

10     state whether you considered, you means Cincinnati

11     Insurance Company?

12                  MR. LITCHFIELD:  Objection, form.

13     A    Yes.

14           Q    (By Mr. Litchfield) So I want to

15     scroll down to the bottom here.  Cincinnati, you

16     see where it says, this last paragraph,

17     Cincinnati identifies the following as higher

18     level employees who may have knowledge about the

19     foregoing matters.  And then there are five

20     bullet points.

21           Do you see that?

22     A    Yes.

23           Q    And there are five names?

24     A    Yes.

25           Q    And we've already talked about the

ALARIS LITIGATION SERVICES
www.alaris.us                Phone: 1.800.280.3376                Fax: 314.644.1334
Case 4:20-cv-00437-SRB   Document 257-4   Filed 11/24/21   Page 6 of 19

```
 1    first two.  You testified earlier that you spoke

 2    with Tim Schmittou as well as Tom Huberty in

 3    preparation for your deposition today, right?

 4         A    Correct.

 5         Q    The bullet point, David Groff,

 6    director of commercial lines product.

 7         Do you see that?

 8         A    I do.

 9         Q    Do you know Mr. Groff?

10         A    I do.

11         Q    Did you speak with him in preparation

12    for your deposition today?

13         A    I did not.

14         Q    The fourth bullet point, Sean Givler,

15    commercial lines administration, do you see that?

16         A    I do.

17         Q    Do you know Mr. Givler?

18         A    I do.

19         Q    And did you speak with Mr. Givler in

20    preparation for your deposition today?

21         A    I did not.

22         Q    The fifth bullet point, Steve Spray,

23    chief insurance officer, hyphen, property casualty

24    insurance, did you speak with Mr. Spray -- or

25    excuse me.
```

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334
Case 4:20-cv-00437-SRB   Document 257-4   Filed 11/24/21   Page 7 of 19

```
 1              First of all, do you know Mr. Spray?

 2         A    I do.

 3         Q    And did you speak with Mr. Spray in

 4    preparation for your deposition today?

 5         A    I did not.

 6         Q    So I think we've covered who you've

 7    spoken -- who you spoke to and what documents

 8    reviewed -- you reviewed from preparation for

 9    topic -- topics numbers 14 and 15.  One final

10    question on this.

11              Other than the review of the two documents

12    that you identify and the discussions with

13    Mr. Schmittou and Mr. Huberty, did you do

14    anything else in preparation for your testimony

15    on behalf of Cincinnati today in connection with

16    topics 14 and 15?

17         A    I did not.

18         Q    Why don't we take a quick break.

19    We've gone about 45 minutes, and we're about to

20    get into a new topic.  So let's go off the record

21    if that's all right.

22                   MR. LITCHFIELD:  Okay.

23                   THE WITNESS:  Dan, you're on mute.

24                   MR. LITCHFIELD:  Working mistake.

25    How long a break are you looking at so I can be
```

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334
Case 4:20-cv-00437-SRB   Document 257-4   Filed 11/24/21   Page 8 of 19

1          Do you see that?

2          A    I do.

3          Q    And Cincinnati states that, Subject to

4     its objections, Cincinnati states that it has

5     considered or evaluated whether to generally add

6     the 2006 ISO virus exclusion to its commercial

7     property policies.

8          Did I read that correctly?

9          A    Yes.

10         Q    And there are three subparagraphs.

11    Subparagraph A says this happened in 2006.

12    Subparagraph B, A consideration or evaluation was

13    made by Tim Schmittou, commercial lines product

14    director.

15         And then subparagraph C, This

16    consideration or evaluation is reflected in a

17    September 22nd, 2006, email from Mr. Schmittou,

18    which is being produced with this supplemental

19    answer.

20         Did I read all of that correctly?

21         A    Yes.

22         Q    So let's walk through this.  So

23    Cincinnati states that it considered or evaluated

24    whether to add the virus exclusion, the ISO virus

25    exclusion, in 2006, right?

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334
Case 4:20-cv-00437-SRB   Document 257-4   Filed 11/24/21   Page 9 of 19

```
 1          A    Correct.

 2          Q    Did Cincinnati consider or evaluate

 3     whether to add any other virus exclusion to its

 4     commercial property policies at any time?

 5          A    I believe the supplemental answer is

 6     our official position.  It's our answer.

 7          Q    I guess I'm just asking you.  Other

 8     than the ISO virus exclusion, the 2006 ISO virus

 9     exclusion --

10          A    Okay.

11          Q    -- did Cincinnati consider or evaluate

12     whether to add any other type of virus exclusion

13     to its commercial property policies?

14          A    Not to my knowledge.

15          Q    Did Cincinnati consider or evaluate

16     whether to add a 2006 ISO virus exclusion at any

17     time other than in 2006?

18          A    Not to my knowledge.

19          Q    Has Cincinnati considered or evaluated

20     whether to add the ISO virus exclusion since the

21     onset of the COVID-19 pandemic?

22          A    Not to my knowledge.

23          Q    And what have you done to investigate

24     whether Cincinnati has considered or evaluated

25     whether to add an ISO virus exclusion to its
```

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334
Case 4:20-cv-00437-SRB   Document 257-4   Filed 11/24/21   Page 10 of 19

1    **commercial property policies after the onset of**

2    **the COVID-19 pandemic?**

3          A    I have not done any additional

4    investigation.

5          **Q    I guess what are you basing your email**

6    **that Cincinnati has not considered or evaluated**

7    **whether to add the 2006 virus exclusion to its**

8    **policies after the onset of the COVID-19 pandemic?**

9    **What are you basing that statement on?**

10         A    We don't consider virus to be a

11   covered cause of loss, so there's really no need

12   to add an exclusion.

13         **Q    Have you talked to anyone who told you**

14   **that Cincinnati has not evaluated whether to add a**

15   **virus exclusion to its policies post-COVID-19?**

16         A    I would say same answer.  We don't

17   believe virus exclusion is necessary because the

18   virus is not a covered cause of loss.

19         **Q    So no one at Cincinnati has sent an**

20   **email after the onset of the COVID-19 pandemic**

21   **saying, hey, do we need to take another look at**

22   **whether we need to add a virus exclusion?**

23         A    Not to my knowledge.

24         **Q    Are you aware that other property**

25   **insurance companies have added virus exclusions to**

ALARIS LITIGATION SERVICES
www.alaris.us                    Phone: 1.800.280.3376                    Fax: 314.644.1334
Case 4:20-cv-00437-SRB   Document 257-4   Filed 11/24/21   Page 11 of 19

1    their policies after the onset of the COVID-19

2    pandemic?

3         A    I'm aware other carriers had

4    exclusions.  As to when they decided or started to

5    do so, I don't know.

6         **Q    Sorry, could you, could you repeat**

7    **that?  You broke up on me there.**

8         A    Okay.  I'm aware that other carriers

9    do use virus exclusions.  As to when they started

10   doing so, I don't know.

11        **Q    Okay.  So you're not aware that other**

12   **property insurance companies have added virus**

13   **exclusions since the onset of the COVID-19**

14   **pandemic?**

15              MR. LITCHFIELD:  Objection, form.

16        **Q    (By Mr. Shank) That's not something**

17   **you're aware of one way or the other?**

18        A    Not specifically, no.

19        **Q    Has anyone on Cincinnati's behalf**

20   **evaluated whether to add a 2006 ISO virus**

21   **exclusion to its commercial property policies at**

22   **any time?**

23              MR. LITCHFIELD:  And Mr. Henn, you

24   can answer, but I'd admonish you, don't refer to

25   any discussions you're aware of involving counsel.

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334
Case 4:20-cv-00437-SRB   Document 257-4   Filed 11/24/21   Page 12 of 19

```
 1          A    Could you, could you restate the
 2   question?  I'm not sure I'm following it.
 3          Q    (By Mr. Shank) Sure.  So I just want,
 4   I guess, just to explain.  I'm curious if any --
 5   anybody on Cincinnati's behalf, so any
 6   non-Cincinnati employee, but some other person
 7   that Cincinnati has retained, has any such person
 8   evaluated or considered whether to add a virus
 9   exclusion to its commercial property policies at
10   any time?
11          A    I'm not aware of that, no.
12          Q    Has Cincinnati retained any attorney,
13   whether in-house counsel or outside counsel, to
14   assess whether to add a virus exclusion to
15   commercial property policies at any time?
16                MR. LITCHFIELD:  Objection, and
17   I'll instruct you not to answer that.
18          Q    (By Mr. Shank) Are you going to
19   follow your counsel's advice, Mr. Henn?
20          A    I am.
21                MR. LITCHFIELD:  I will permit one
22   question, though, counsel if it's helpful, which
23   is whether he has any knowledge about such a
24   retention.
25          A    I do not.
```

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334
Case 4:20-cv-00437-SRB   Document 257-4   Filed 11/24/21   Page 13 of 19

```
 1              Q     (By Mr. Shank) So you do not -- you
 2     do not know whether Cincinnati has retained
 3     attorneys to evaluate whether to add a virus
 4     exclusion to Cincinnati's commercial property
 5     policies?
 6              A     Correct.
 7              Q     Did you conduct any investigation in
 8     preparation for your deposition today to determine
 9     whether Cincinnati has at any time retained an
10     attorney or attorneys to investigate whether to
11     add a virus exclusion to Cincinnati's commercial
12     property policy?
13              A     First can you restate that?  I just --
14     you're fading in and out on my sound.
15              Q     Sorry.  I'll try to speak more
16     clearly.
17              So did you undertake any investigation in
18     preparation for your deposition today to
19     determine whether Cincinnati hired attorneys at
20     any time to evaluate whether to add a virus
21     exclusion to Cincinnati's commercial property
22     policies?
23              A     No.
24              Q     Why not?
25              A     I didn't think it was relevant.
```

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334
Case 4:20-cv-00437-SRB   Document 257-4   Filed 11/24/21   Page 14 of 19

```
 1            A     ISO.

 2                   MR. LITCHFIELD:  Object to form.

 3            A     ISO.  They're -- they are an

 4     aggregator, I guess would be my explanation of

 5     what they are, aggregator of data.

 6            Q     (By Mr. Shank) They're an aggregator

 7     of data.  What does that mean?

 8            A     Amongst other things.

 9            Q     Okay.  So what other things?

10            A     Well, obviously they do -- they also

11     do forms.  They act as an advisory on forms.

12            Q     When you say they're an aggregator,

13     what do you mean by that?

14            A     Well, what I mean is insurance

15     companies that work with ISO will provide them

16     with, with data.  ISO takes that for all insurance

17     companies that they work with, and they promulgate

18     loss costs and such things.

19            Q     So is it the correct terminology to

20     say that Cincinnati Insurance Company is a member

21     of ISO?

22                   MR. LITCHFIELD:  Objection, form.

23            A     We do have a contract with ISO.

24            Q     (By Mr. Shank) So does, does

25     Cincinnati pay money to ISO to take advantage of
```

1    its services?

2          A    Yes.

3          Q    **Does Cincinnati have any**

4    **representative on any boards or groups in ISO?**

5                    MR. LITCHFIELD:  Objection, form.

6          A    I know from my time in product

7    management group that we -- we do have some folks

8    that participate or did participate on some of

9    their boards, some of their coverage, you know,

10   groups I guess.  I don't know what they call them

11   actually.

12         Q    **(By Mr. Shank) And what do those**

13   **folks do generally speaking on those ISO boards?**

14                   MR. LITCHFIELD:  Objection, form.

15         A    They're generally, they're just in the

16   capacity, at least our folks, in the capacity just

17   to hear out what is going on in the industry,

18   what, you know, what kind of things are coming

19   down the pipe, so to speak.

20         Q    **(By Mr. Shank) And so would you,**

21   **would you expect a Cincinnati employee who's on**

22   **an ISO board to relay what's going on at ISO back**

23   **to the company?**

24                   MR. LITCHFIELD:  Objection, form.

25         A    Not necessarily.

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334
Case 4:20-cv-00437-SRB   Document 257-4   Filed 11/24/21   Page 16 of 19

```
 1          Q    (By Mr. Shank) Why not?
 2          A    It just depends if it's something
 3     that, that they feel is relevant to our operation.
 4          Q    Right.  So if they came across
 5     something in their capacity with ISO that that
 6     individual believed might be significant to
 7     Cincinnati, Cincinnati would expect that person to
 8     convey that to the company?
 9                    MR. LITCHFIELD:  Objection, form.
10          A    Yes.
11          Q    (By Mr. Shank) Are you familiar with
12     a former Cincinnati Insurance Company employee
13     named Tad Bunnell?
14          A    I do, yes.  I do remember Tad.
15          Q    Who is Mr. Bunnell?
16          A    He used to work in our research and
17     development department, which is no longer in
18     existence.
19          Q    What did the research and development
20     department do while it was in existence?
21          A    They researched and developed new
22     coverages, new, new forms, et cetera.
23          Q    Are you aware that Mr. Bunnell was
24     part of ISO's commercial property coverage group
25     in --
```

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334
Case 4:20-cv-00437-SRB   Document 257-4   Filed 11/24/21   Page 17 of 19

```
 1                    MR. LITCHFIELD:  Objection, form.
 2        A    I do remember that he was part of that
 3   back, back in the day.
 4        Q    (By Mr. Shank) Let me -- I don't
 5   think I got my question out.
 6        Are you aware that Mr. Bunnell was a
 7   member of ISO's commercial property group in 2006
 8   when ISO was considering the virus exclusion?
 9                    MR. LITCHFIELD:  Objection, form.
10        A    Yes.
11        Q    (By Mr. Shank) Did Mr. Bunnell
12   discuss with Cincinnati what ISO -- ISO's
13   conclusions were and recommendations were with
14   respect to the virus exclusion?
15                    MR. LITCHFIELD:  Objection, form.
16        A    Cincinnati Insurance Company has no
17   knowledge of that, no.
18        Q    (By Mr. Shank) Have you undertaken to
19   investigate what Mr. Bunnell may have conveyed to
20   Cincinnati about the ISO virus exclusion?
21                    MR. LITCHFIELD:  Objection, form.
22        A    No.
23        Q    (By Mr. Shank) Why not?
24        A    Because I assumed it was part of the
25   larger search for anything related to the virus,
```

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334
Case 4:20-cv-00437-SRB   Document 257-4   Filed 11/24/21   Page 18 of 19

```
 1   which produced the email that we were talking
 2   about earlier.
 3         Q    Does Cincinnati possess any
 4   information about what Mr. Bunnell may have
 5   relayed to Cincinnati about ISO's view of the
 6   virus exclusion?
 7         A    No.
 8         Q    Was Mr. Bunnell involved in
 9   Cincinnati's decision about whether to add the ISO
10   virus exclusion to its policies?
11         A    No.
12         Q    Why not?
13         A    That wasn't his job responsibility.
14         Q    So whether or not to add new policy
15   forms like the then new ISO virus exclusion was
16   not within the purview of the R&D department?
17         A    No.
18         Q    That was the sole responsibility Mr.
19   Schmittou?
20         A    Okay, would you clarify?  Are you
21   asking -- well, what exactly are you asking?
22         Q    Well, you just testified that it was
23   not the R&D development -- it was not the R&D
24   development department's responsibility to assess
25   whether to add a new exclusion like the virus
```

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334
Case 4:20-cv-00437-SRB   Document 257-4   Filed 11/24/21   Page 19 of 19